# EXHIBIT F

| US9173154 | FreeConferenceCall  ("The Accused Product") |
|---|---|
| 1. A method of enabling a wireless handheld cellular phone device, located in a region, to initiate a network connection without using a network operator's home location register that covers that region, comprising the steps of: | The accused product discloses a method of enabling a wireless handheld cellular phone device (e.g., Smartphone), located in a region, to initiate a network connection (e.g., initiation of voice call) without using a network operator's home location register that covers that region.<br><br>The accused product uses Internet or IP network for calling. Hence, it bypasses network operator's home location register as Wi-Fi or internet based calling does not requires home location register (HLR). |



https://apps.apple.com/us/app/free-conference-call/id1076834814#?platform=iphone

The FreeConferenceCall.com app makes it simple to host HD audio conference calls with video conferencing and screen sharing.

This award-winning audio + video conferencing tool lets you host an unlimited number of meetings with up to 1,000 participants per meeting. You also get screen sharing, international dial-in numbers for 75+ countries, and meeting recording, all for free. All we ask is that if you like the tool you pay us what you think is fair. These contributions help us provide totally free, world-class audio and video conferencing solutions to charities, volunteers, and students all around the world.

Features include:
· Free application download
· Free account activation
· Free HD audio conference calls w/up to 1,000 participants
· Free HD video conferencing and screen sharing w/up to 1,000 participants
· Free International conferencing with dedicated dial-in numbers in 75 countries...and growing!
· Conference features: web controls, including mute and record, lock, view participants, Q&A and more
· One-touch conference commands to manage calls
· Dial-in by VoIP
· Unlimited account and conference access

https://apps.apple.com/us/app/free-conference-call/id1076834814#?platform=iphone

# A Conference Call App With Major Muscle

Why dial in to a conference call when you don't have to? FreeConferenceCall.com apps for iOS and Android take all the heavy lifting out of conferencing. Award-winning collaboration is just a tap away.



## FreeConferenceCall.com App for iOS

★ ★ ★ ★ ★ *1.5K reviews as of 3/24/2020*

Easily host and manage phone or VoIP conference calls from the convenience of your iPhone, iPad or iPad Pro®. Record a quick video conference or join in on a screen sharing session. Send meeting invitations with email or iMessage® app. Compatible with: iOS 9.0 and up (sharing phone's screen requires v11.0).





## FreeConferenceCall.com App for Android

★ ★ ★ ★ ★ *5.9K reviews as of 3/24/2020*

Get mobile with your online meetings using the FreeConferenceCall.com Android app. Screen share a presentation, host an international conference call or video conference. All our easy-to-use features are at your fingertips. Compatible with all devices.

 

https://www.freeconferencecall.com/apps?country_code=us&locale=global

# Hop on the Call with Phone or VoIP Conference

It's always free to dial in to a FreeConferenceCall.com meeting. But if you don't have access to a phone or just want to use your laptop or mobile device to hop on a conference, have a VoIP conference call.





**Dial in on the Phone**

To join the conference using your phone, tap or dial the number and access code, then enter the host PIN

**Free VoIP Conference Call**

If you want to join the call using VoIP, download our mobile app, log in and tap **Internet**.

**Take Your Meetings Online**

Host online meetings to share your screen and show your video. Launch the desktop app, and click **Phone** then choose to connect by **Telephone** or **Mic & Speakers** to use VoIP conference calling.

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global

**What is a VoIP conference call?**                                                                    ▼

Voice over internet protocol (VoIP) conference calls connect two or more parties over an internet connection instead of using traditional carrier networks.

Normally, when you make calls with a telephone, you connect with your party through a public switched telephone network (PSTN). Instead, using VoIP allows you to connect to your party over the internet, converting your audio information into a digital format that travels through the worldwide network.

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global



**What is a VoIP conference call?**   ▸

**How do you conference call on VoIP?**   ▾

To make a VoIP call to a FreeConferenceCall.com listed phone number, you'll need access to the internet and an internet softphone or the FreeConferenceCall.com desktop or mobile app.

VoIP calls work similarly to calls using a carrier network. Using your softphone, dial the number of the conference you wish to join and enter the access number followed by the pound key. You are now on a VoIP conference call with your party.

If you'd like to join a VoIP conference using FreeConferenceCall.com, you can quickly join the call by entering the meeting ID and selecting **"Join."** Next, select **"computer audio."** You are now on a VoIP conference call with your party.

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global

**What is a VoIP conference call?**   ▸

**How do you conference call on VoIP?**   ▸

**What is a softphone?**   ▾

A softphone, also referred to as an internet telephone, is a software on a computer or mobile device that allows users to make VoIP calls. Softphones can be accessed through your VoIP provider, capable of dialing standard phone numbers like a traditional phone.

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global

**What is a VoIP conference call?**   ▸

**How do you conference call on VoIP?**   ▸

**What is a softphone?**   ▸

**What do I need to make a VoIP call?**   ▾

When you want to connect with your party using VoIP, you'll need a computer, a VoIP provider and access to the internet. You'll also need a headset or device with audio output/input capabilities to speak to your party and hear them.

**How do you use audio conferencing in a team?**   ▸

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global

## Activating your Virtual Phone

1. Download the FreeConferenceCall Mobile app from the Google Play Store or Apple App Store and download the Desktop app
2. Make sure to enable permissions to contacts and notifications so you can take full advantage of the virtual phone's features
3. Launch the app and log into your account
4. Select the phone icon in the bottom navigation bar
5. When selected for the first time, you will go through the activation slides

a. Copy your phone number to your clipboard

b. Enable ringing if you want your device to ring when someone calls your number





https://www.freeconferencecall.com/tutorials?country_code=us&locale=global

## How SIP is used in VoIP

SIP is a text based protocol that was developed on a similar model to HTTP responses. When compared to alternatives such as H.323, it is very simple to construct and debug. But it is also extremely flexible and has powerful features that can be utilized in very complex PBX systems. It is a general-purpose protocol that can handle a variety of sessions. In VoIP specifically, SIP is used to perform a variety of functions including:

https://voipstudio.com/blog/how-sip-is-used-in-voip/

## Session set up

SIP tells the phone that is being called to start 'ringing' and manages the initial contact between all parties.

https://voipstudio.com/blog/how-sip-is-used-in-voip/

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishement (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| | |
|---|---|
| (a) the wireless handheld cellular phone device using a module that is responsible for contacting a server to communicate with the server over a wireless link, wherein the handheld cellular phone device includes the module that is implemented as software and that is downloadable to the handheld cellular phone device; | The wireless handheld cellular phone device (e.g., Smartphone) using a module (e.g., FreeConferenceCall application) that is responsible for contacting a server (e.g., FreeConferenceCall Server) to communicate with the server (e.g., FreeConferenceCall Server) over a wireless link (e.g., VoIP link), wherein the wireless handheld cellular phone device (e.g., Smartphone) includes the module (e.g., FreeConferenceCall application) that is implemented as software and that is downloadable to the wireless handheld cellular phone device (e.g., Smartphone). |



https://apps.apple.com/us/app/free-conference-call/id1076834814#?platform=iphone

The FreeConferenceCall.com app makes it simple to host HD audio conference calls with video conferencing and screen sharing.

This award-winning audio + video conferencing tool lets you host an unlimited number of meetings with up to 1,000 participants per meeting. You also get screen sharing, international dial-in numbers for 75+ countries, and meeting recording, all for free. All we ask is that if you like the tool you pay us what you think is fair. These contributions help us provide totally free, world-class audio and video conferencing solutions to charities, volunteers, and students all around the world.

Features include:

· Free application download
· Free account activation
· Free HD audio conference calls w/up to 1,000 participants
· Free HD video conferencing and screen sharing w/up to 1,000 participants
· Free International conferencing with dedicated dial-in numbers in 75 countries...and growing!
· Conference features: web controls, including mute and record, lock, view participants, Q&A and more
· One-touch conference commands to manage calls
· Dial-in by VoIP
· Unlimited account and conference access

https://apps.apple.com/us/app/free-conference-call/id1076834814#?platform=iphone

# A Conference Call App With Major Muscle

Why dial in to a conference call when you don't have to? FreeConferenceCall.com apps for iOS and Android take all the heavy lifting out of conferencing. Award-winning collaboration is just a tap away.



### FreeConferenceCall.com App for iOS

★ ★ ★ ★ ☆ *1.5K reviews as of 3/24/2020*

Easily host and manage phone or VoIP conference calls from the convenience of your iPhone, iPad or iPad Pro®. Record a quick video conference or join in on a screen sharing session. Send meeting invitations with email or iMessage® app. Compatible with: iOS 9.0 and up (sharing phone's screen requires v11.0).





### FreeConferenceCall.com App for Android

★ ★ ★ ★ ☆ *5.9K reviews as of 3/24/2020*

Get mobile with your online meetings using the FreeConferenceCall.com Android app. Screen share a presentation, host an international conference call or video conference. All our easy-to-use features are at your fingertips. Compatible with all devices.

 

https://www.freeconferencecall.com/apps?country_code=us&locale=global

# Hop on the Call with Phone or VoIP Conference

It's always free to dial in to a FreeConferenceCall.com meeting. But if you don't have access to a phone or just want to use your laptop or mobile device to hop on a conference, have a VoIP conference call.







### Dial in on the Phone

To join the conference using your phone, tap or dial the number and access code, then enter the host PIN

### Free VoIP Conference Call

If you want to join the call using VoIP, download our mobile app, log in and tap Internet.

### Take Your Meetings Online

Host online meetings to share your screen and show your video. Launch the desktop app, and click Phone then choose to connect by Telephone or Mic & Speakers to use VoIP conference calling.

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global

**What is a VoIP conference call?**

Voice over internet protocol (VoIP) conference calls connect two or more parties over an internet connection instead of using traditional carrier networks.

Normally, when you make calls with a telephone, you connect with your party through a public switched telephone network (PSTN). Instead, using VoIP allows you to connect to your party over the internet, converting your audio information into a digital format that travels through the worldwide network.

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global

**What is a VoIP conference call?**                                                                    ▸

**How do you conference call on VoIP?**                                                                ▾

To make a VoIP call to a FreeConferenceCall.com listed phone number, you'll need access to the internet and an internet softphone or the FreeConferenceCall.com desktop or mobile app.

VoIP calls work similarly to calls using a carrier network. Using your softphone, dial the number of the conference you wish to join and enter the access number followed by the pound key. You are now on a VoIP conference call with your party.

If you'd like to join a VoIP conference using FreeConferenceCall.com, you can quickly join the call by entering the meeting ID and selecting **"Join."** Next, select **"computer audio."** You are now on a VoIP conference call with your party.

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global

**What is a VoIP conference call?**                                                                    ▸

**How do you conference call on VoIP?**                                                                ▸

**What is a softphone?**                                                                               ▾

A softphone, also referred to as an internet telephone, is a software on a computer or mobile device that allows users to make VoIP calls. Softphones can be accessed through your VoIP provider, capable of dialing standard phone numbers like a traditional phone.

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global

**What is a VoIP conference call?**                                                                    ▸

**How do you conference call on VoIP?**                                                                ▸

**What is a softphone?**                                                                               ▸

**What do I need to make a VoIP call?**                                                                ▾

When you want to connect with your party using VoIP, you'll need a computer, a VoIP provider and access to the internet. You'll also need a headset or device with audio output/input capabilities to speak to your party and hear them.

**How do you use audio conferencing in a team?**                                                       ▸

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global

## Activating your Virtual Phone

1. Download the FreeConferenceCall Mobile app from the Google Play Store or Apple App Store and download the Desktop app
2. Make sure to enable permissions to contacts and notifications so you can take full advantage of the virtual phone's features
3. Launch the app and log into your account
4. Select the phone icon in the bottom navigation bar
5. When selected for the first time, you will go through the activation slides

a. Copy your phone number to your clipboard

b. Enable ringing if you want your device to ring when someone calls your number





https://www.freeconferencecall.com/tutorials?country_code=us&locale=global

## How SIP is used in VoIP

SIP is a text based protocol that was developed on a similar model to HTTP responses. When compared to alternatives such as H.323, it is very simple to construct and debug. But it is also extremely flexible and has powerful features that can be utilized in very complex PBX systems. It is a general-purpose protocol that can handle a variety of sessions. In VoIP specifically, SIP is used to perform a variety of functions including:

https://voipstudio.com/blog/how-sip-is-used-in-voip/

# Session set up

SIP tells the phone that is being called to start 'ringing' and manages the initial contact between all parties.

https://voipstudio.com/blog/how-sip-is-used-in-voip/

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishement (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| (b) the wireless handheld cellular phone device using the module to send, over the wireless link, data to the server that defines a call request; | The wireless handheld cellular phone device (e.g., Smartphone) using the module (e.g., FreeConferenceCall application) to send, over the wireless link (e.g., VoIP link), data to the server (e.g., FreeConferenceCall Server) that defines a call request (e.g., Invite signal from caller to server). |
|---|---|



https://apps.apple.com/us/app/free-conference-call/id1076834814#?platform=iphone

The FreeConferenceCall.com app makes it simple to host HD audio conference calls with video conferencing and screen sharing.

This award-winning audio + video conferencing tool lets you host an unlimited number of meetings with up to 1,000 participants per meeting. You also get screen sharing, international dial-in numbers for 75+ countries, and meeting recording, all for free. All we ask is that if you like the tool you pay us what you think is fair. These contributions help us provide totally free, world-class audio and video conferencing solutions to charities, volunteers, and students all around the world.

Features include:

· Free application download
· Free account activation
· Free HD audio conference calls w/up to 1,000 participants
· Free HD video conferencing and screen sharing w/up to 1,000 participants
· Free International conferencing with dedicated dial-in numbers in 75 countries...and growing!
· Conference features: web controls, including mute and record, lock, view participants, Q&A and more
· One-touch conference commands to manage calls
· Dial-in by VoIP
· Unlimited account and conference access

https://apps.apple.com/us/app/free-conference-call/id1076834814#?platform=iphone

# A Conference Call App With Major Muscle

Why dial in to a conference call when you don't have to? FreeConferenceCall.com apps for iOS and Android take all the heavy lifting out of conferencing. Award-winning collaboration is just a tap away.



### FreeConferenceCall.com App for iOS

★ ★ ★ ★ ½ *1.5K reviews as of 3/24/2020*

Easily host and manage phone or VoIP conference calls from the convenience of your iPhone, iPad or iPad Pro®. Record a quick video conference or join in on a screen sharing session. Send meeting invitations with email or iMessage® app. Compatible with: iOS 9.0 and up (sharing phone's screen requires v11.0).





### FreeConferenceCall.com App for Android

★ ★ ★ ★ ½ *5.9K reviews as of 3/24/2020*

Get mobile with your online meetings using the FreeConferenceCall.com Android app. Screen share a presentation, host an international conference call or video conference. All our easy-to-use features are at your fingertips. Compatible with all devices.

 

https://www.freeconferencecall.com/apps?country_code=us&locale=global

# Hop on the Call with Phone or VoIP Conference

It's always free to dial in to a FreeConferenceCall.com meeting. But if you don't have access to a phone or just want to use your laptop or mobile device to hop on a conference, have a VoIP conference call.

  

**Dial in on the Phone**

To join the conference using your phone, tap or dial the number and access code, then enter the host PIN

**Free VoIP Conference Call**

If you want to join the call using VoIP, download our mobile app, log in and tap **Internet**.

**Take Your Meetings Online**

Host online meetings to share your screen and show your video. Launch the desktop app, and click **Phone** then choose to connect by **Telephone** or **Mic & Speakers** to use VoIP conference calling.

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global

**What is a VoIP conference call?**

Voice over internet protocol (VoIP) conference calls connect two or more parties over an internet connection instead of using traditional carrier networks.

Normally, when you make calls with a telephone, you connect with your party through a public switched telephone network (PSTN). Instead, using VoIP allows you to connect to your party over the internet, converting your audio information into a digital format that travels through the worldwide network.

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global

**What is a VoIP conference call?** ▶

**How do you conference call on VoIP?** ▼

To make a VoIP call to a FreeConferenceCall.com listed phone number, you'll need access to the internet and an internet softphone or the FreeConferenceCall.com desktop or mobile app.

VoIP calls work similarly to calls using a carrier network. Using your softphone, dial the number of the conference you wish to join and enter the access number followed by the pound key. You are now on a VoIP conference call with your party.

If you'd like to join a VoIP conference using FreeConferenceCall.com, you can quickly join the call by entering the meeting ID and selecting **"Join."** Next, select **"computer audio."** You are now on a VoIP conference call with your party.

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global

**What is a VoIP conference call?** ▶

**How do you conference call on VoIP?** ▶

**What is a softphone?** ▼

A softphone, also referred to as an internet telephone, is a software on a computer or mobile device that allows users to make VoIP calls. Softphones can be accessed through your VoIP provider, capable of dialing standard phone numbers like a traditional phone.

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global

**What is a VoIP conference call?** ▶

**How do you conference call on VoIP?** ▶

**What is a softphone?** ▶

**What do I need to make a VoIP call?** ▼

When you want to connect with your party using VoIP, you'll need a computer, a VoIP provider and access to the internet. You'll also need a headset or device with audio output/input capabilities to speak to your party and hear them.

**How do you use audio conferencing in a team?** ▶

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global

## Activating your Virtual Phone

1. Download the FreeConferenceCall Mobile app from the Google Play Store or Apple App Store and download the Desktop app
2. Make sure to enable permissions to contacts and notifications so you can take full advantage of the virtual phone's features
3. Launch the app and log into your account
4. Select the phone icon in the bottom navigation bar
5. When selected for the first time, you will go through the activation slides

a. Copy your phone number to your clipboard

b. Enable ringing if you want your device to ring when someone calls your number





https://www.freeconferencecall.com/tutorials?country_code=us&locale=global

## How SIP is used in VoIP

SIP is a text based protocol that was developed on a similar model to HTTP responses. When compared to alternatives such as H.323, it is very simple to construct and debug. But it is also extremely flexible and has powerful features that can be utilized in very complex PBX systems. It is a general-purpose protocol that can handle a variety of sessions. In VoIP specifically, SIP is used to perform a variety of functions including:

https://voipstudio.com/blog/how-sip-is-used-in-voip/

# Session set up

SIP tells the phone that is being called to start 'ringing' and manages the initial contact between all parties.

https://voipstudio.com/blog/how-sip-is-used-in-voip/

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishement (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| (c) in response to the call request, a software application running on the server deciding on the appropriate routing to a 3rd party end-user over for that call request without using the network operator's home or visitor location register. | In response to the call request (e.g., Invite signal from caller to server), a software application (e.g., software running at FreeConferenceCall SIP proxy Server to route/manage calls) running on the server (e.g., FreeConferenceCall Server) deciding on the appropriate routing (e.g., Invite signal from server to callee) to a 3rd party end-user (e.g., Other users using FreeConferenceCall) for that call request (e.g., Invite signal from caller to server) without using the network operator's home or visitor location register. |



https://apps.apple.com/us/app/free-conference-call/id1076834814#?platform=iphone

The FreeConferenceCall.com app makes it simple to host HD audio conference calls with video conferencing and screen sharing.

This award-winning audio + video conferencing tool lets you host an unlimited number of meetings with up to 1,000 participants per meeting. You also get screen sharing, international dial-in numbers for 75+ countries, and meeting recording, all for free. All we ask is that if you like the tool you pay us what you think is fair. These contributions help us provide totally free, world-class audio and video conferencing solutions to charities, volunteers, and students all around the world.

Features include:
· Free application download
· Free account activation
· Free HD audio conference calls w/up to 1,000 participants
· Free HD video conferencing and screen sharing w/up to 1,000 participants
· Free International conferencing with dedicated dial-in numbers in 75 countries...and growing!
· Conference features: web controls, including mute and record, lock, view participants, Q&A and more
· One-touch conference commands to manage calls
· Dial-in by VoIP
· Unlimited account and conference access

https://apps.apple.com/us/app/free-conference-call/id1076834814#?platform=iphone

# A Conference Call App With Major Muscle

Why dial in to a conference call when you don't have to? FreeConferenceCall.com apps for iOS and Android take all the heavy lifting out of conferencing. Award-winning collaboration is just a tap away.



## FreeConferenceCall.com App for iOS

★ ★ ★ ★ ½ *1.5K reviews as of 3/24/2020*

Easily host and manage phone or VoIP conference calls from the convenience of your iPhone, iPad or iPad Pro®. Record a quick video conference or join in on a screen sharing session. Send meeting invitations with email or iMessage® app. Compatible with: iOS 9.0 and up (sharing phone's screen requires v11.0).





## FreeConferenceCall.com App for Android

★ ★ ★ ★ ½ *5.9K reviews as of 3/24/2020*

Get mobile with your online meetings using the FreeConferenceCall.com Android app. Screen share a presentation, host an international conference call or video conference. All our easy-to-use features are at your fingertips. Compatible with all devices.

 

https://www.freeconferencecall.com/apps?country_code=us&locale=global

# Hop on the Call with Phone or VoIP Conference

It's always free to dial in to a FreeConferenceCall.com meeting. But if you don't have access to a phone or just want to use your laptop or mobile device to hop on a conference, have a VoIP conference call.

  

**Dial in on the Phone**

To join the conference using your phone, tap or dial the number and access code, then enter the host PIN

**Free VoIP Conference Call**

If you want to join the call using VoIP, download our mobile app, log in and tap **Internet**.

**Take Your Meetings Online**

Host online meetings to share your screen and show your video. Launch the desktop app, and click **Phone** then choose to connect by **Telephone** or **Mic & Speakers** to use VoIP conference calling.

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global

**What is a VoIP conference call?**

Voice over internet protocol (VoIP) conference calls connect two or more parties over an internet connection instead of using traditional carrier networks.

Normally, when you make calls with a telephone, you connect with your party through a public switched telephone network (PSTN). Instead, using VoIP allows you to connect to your party over the internet, converting your audio information into a digital format that travels through the worldwide network.

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global



What is a VoIP conference call?                                                          ▶

How do you conference call on VoIP?                                                       ▼

To make a VoIP call to a FreeConferenceCall.com listed phone number, you'll need access to the internet and an internet softphone or the FreeConferenceCall.com desktop or mobile app.

VoIP calls work similarly to calls using a carrier network. Using your softphone, dial the number of the conference you wish to join and enter the access number followed by the pound key. You are now on a VoIP conference call with your party.

If you'd like to join a VoIP conference using FreeConferenceCall.com, you can quickly join the call by entering the meeting ID and selecting **"Join."** Next, select **"computer audio."** You are now on a VoIP conference call with your party.

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global

What is a VoIP conference call?                                                          ▶

How do you conference call on VoIP?                                                       ▶

What is a softphone?                                                                      ▼

A softphone, also referred to as an internet telephone, is a software on a computer or mobile device that allows users to make VoIP calls. Softphones can be accessed through your VoIP provider, capable of dialing standard phone numbers like a traditional phone.

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global

What is a VoIP conference call?                                                          ▶

How do you conference call on VoIP?                                                       ▶

What is a softphone?                                                                      ▶

What do I need to make a VoIP call?                                                       ▼

When you want to connect with your party using VoIP, you'll need a computer, a VoIP provider and access to the internet. You'll also need a headset or device with audio output/input capabilities to speak to your party and hear them.

How do you use audio conferencing in a team?                                             ▶

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global

## Activating your Virtual Phone

1. Download the FreeConferenceCall Mobile app from the Google Play Store or Apple App Store and download the Desktop app
2. Make sure to enable permissions to contacts and notifications so you can take full advantage of the virtual phone's features
3. Launch the app and log into your account
4. Select the phone icon in the bottom navigation bar
5. When selected for the first time, you will go through the activation slides

a. Copy your phone number to your clipboard

b. Enable ringing if you want your device to ring when someone calls your number





https://www.freeconferencecall.com/tutorials?country_code=us&locale=global

## How SIP is used in VoIP

SIP is a text based protocol that was developed on a similar model to HTTP responses. When compared to alternatives such as H.323, it is very simple to construct and debug. But it is also extremely flexible and has powerful features that can be utilized in very complex PBX systems. It is a general-purpose protocol that can handle a variety of sessions. In VoIP specifically, SIP is used to perform a variety of functions including:

https://voipstudio.com/blog/how-sip-is-used-in-voip/

# Session set up

SIP tells the phone that is being called to start 'ringing' and manages the initial contact between all parties.

https://voipstudio.com/blog/how-sip-is-used-in-voip/

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishement (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| 4. The method of claim 3 in which the user has to enter any data required by the server manually into the device. | The user (e.g., user of FreeConferenceCall application) has to enter any data (e.g., Number/login details etc.) required by the server (e.g., FreeConferenceCall Server) manually into the device (e.g., Smartphone). |

## Hop on the Call with Phone or VoIP Conference

It's always free to dial in to a FreeConferenceCall.com meeting. But if you don't have access to a phone or just want to use your laptop or mobile device to hop on a conference, have a VoIP conference call.

  

**Dial in on the Phone**

To Join the conference using your phone, tap or dial the number and access code, then enter the host PIN

**Free VoIP Conference Call**

If you want to join the call using VoIP, download our mobile app, log in and tap Internet.

**Take Your Meetings Online**

Host online meetings to share your screen and show your video. Launch the desktop app, and click Phone then choose to connect by Telephone or Mic & Speakers to use VoIP conference calling.

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global

| | |
|---|---|
| | **What is a VoIP conference call?** ▶ |
| | **How do you conference call on VoIP?** ▼ |
| | To make a VoIP call to a FreeConferenceCall.com listed phone number, you'll need access to the internet and an internet softphone or the FreeConferenceCall.com desktop or mobile app. |
| | VoIP calls work similarly to calls using a carrier network. Using your softphone, dial the number of the conference you wish to join and enter the access number followed by the pound key. You are now on a VoIP conference call with your party. |
| | If you'd like to join a VoIP conference using FreeConferenceCall.com, you can quickly join the call by entering the meeting ID and selecting **"Join."** Next, select **"computer audio."** You are now on a VoIP conference call with your party. |
| | https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global |
| 10. The method of claim 1, in which the server also acts as a VOIP server. | The server (e.g., FreeConferenceCall server) act as a VOIP server. |

# Hop on the Call with Phone or VoIP Conference

It's always free to dial in to a FreeConferenceCall.com meeting. But if you don't have access to a phone or just want to use your laptop or mobile device to hop on a conference, have a VoIP conference call.

  

**Dial in on the Phone**

To join the conference using your phone, tap or dial the number and access code, then enter the host PIN

**Free VoIP Conference Call**

If you want to join the call using VoIP, download our mobile app, log in and tap Internet.

**Take Your Meetings Online**

Host online meetings to share your screen and show your video. Launch the desktop app, and click Phone then choose to connect by Telephone or Mic & Speakers to use VoIP conference calling.

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global



https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global

| 11. The method of claim 1 in which the module establishes and controls communication between the device and the server. | The module (e.g., FreeConferenceCall application) establishes and controls communication (e.g., SIP session) between the device and the server. |
|---|---|

## Hop on the Call with Phone or VoIP Conference

It's always free to dial in to a FreeConferenceCall.com meeting. But if you don't have access to a phone or just want to use your laptop or mobile device to hop on a conference, have a VoIP conference call.

  

**Dial in on the Phone**

To Join the conference using your phone, tap or dial the number and access code, then enter the host PIN

**Free VoIP Conference Call**

If you want to join the call using VoIP, download our mobile app, log in and tap **Internet**.

**Take Your Meetings Online**

Host online meetings to share your screen and show your video. Launch the desktop app, and click **Phone** then choose to connect by **Telephone** or **Mic & Speakers** to use VoIP conference calling.

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global

| What is a VoIP conference call? | ▶ |
|---|---|
| **How do you conference call on VoIP?** | ▼ |

To make a VoIP call to a FreeConferenceCall.com listed phone number, you'll need access to the internet and an internet softphone or the FreeConferenceCall.com desktop or mobile app.

VoIP calls work similarly to calls using a carrier network. Using your softphone, dial the number of the conference you wish to join and enter the access number followed by the pound key. You are now on a VoIP conference call with your party.

If you'd like to join a VoIP conference using FreeConferenceCall.com, you can quickly join the call by entering the meeting ID and selecting **"Join."** Next, select **"computer audio."** You are now on a VoIP conference call with your party.

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global

# How SIP is used in VoIP

SIP is a text based protocol that was developed on a similar model to HTTP responses. When compared to alternatives such as H.323, it is very simple to construct and debug. But it is also extremely flexible and has powerful features that can be utilized in very complex PBX systems. It is a general-purpose protocol that can handle a variety of sessions. In VoIP specifically, SIP is used to perform a variety of functions including:

https://voipstudio.com/blog/how-sip-is-used-in-voip/

# Session set up

SIP tells the phone that is being called to start 'ringing' and manages the initial contact between all parties.

https://voipstudio.com/blog/how-sip-is-used-in-voip/

<table>
<tr><td></td><td>

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

</td></tr>
</table>

| 22. A system comprising a wireless | The accused product discloses a system comprising a wireless handheld cellular phone device (e.g., Smartphone) located in a region and a server (e.g., FreeConferenceCall Server) for enabling the wireless handheld cellular phone device (e.g., Smartphone) to communicate with the server (e.g., FreeConferenceCall Server) to initiate a network connection (e.g., SIP |

| | |
|---|---|
| handheld cellular phone device located in a region and a server for enabling the wireless handheld cellular phone device to communicate with the server to initiate a network connection without using a network operator's home location register that covers that region, wherein the server includes a software application that functions as a calls manager, wherein: | Invite) without using a network operator's home location register that covers that region, wherein the server includes a software application (e.g., software running at FreeConferenceCall SIP proxy Server to route/manage calls) that functions as a calls manager. |



https://apps.apple.com/us/app/free-conference-call/id1076834814#?platform=iphone

The FreeConferenceCall.com app makes it simple to host HD audio conference calls with video conferencing and screen sharing.

This award-winning audio + video conferencing tool lets you host an unlimited number of meetings with up to 1,000 participants per meeting. You also get screen sharing, international dial-in numbers for 75+ countries, and meeting recording, all for free. All we ask is that if you like the tool you pay us what you think is fair. These contributions help us provide totally free, world-class audio and video conferencing solutions to charities, volunteers, and students all around the world.

Features include:

· Free application download
· Free account activation
· Free HD audio conference calls w/up to 1,000 participants
· Free HD video conferencing and screen sharing w/up to 1,000 participants
· Free International conferencing with dedicated dial-in numbers in 75 countries...and growing!
· Conference features: web controls, including mute and record, lock, view participants, Q&A and more
· One-touch conference commands to manage calls
· Dial-in by VoIP
· Unlimited account and conference access

https://apps.apple.com/us/app/free-conference-call/id1076834814#?platform=iphone

# A Conference Call App With Major Muscle

Why dial in to a conference call when you don't have to? FreeConferenceCall.com apps for iOS and Android take all the heavy lifting out of conferencing. Award-winning collaboration is just a tap away.



### FreeConferenceCall.com App for iOS

★ ★ ★ ★ ★ *1.5K reviews as of 3/24/2020*



### FreeConferenceCall.com App for Android

★ ★ ★ ★ ★ *5.9K reviews as of 3/24/2020*

Easily host and manage phone or VoIP conference calls from the convenience of your iPhone, iPad or iPad Pro®. Record a quick video conference or join in on a screen sharing session. Send meeting invitations with email or iMessage® app. Compatible with: iOS 9.0 and up (sharing phone's screen requires v11.0).

Get mobile with your online meetings using the FreeConferenceCall.com Android app. Screen share a presentation, host an international conference call or video conference. All our easy-to-use features are at your fingertips. Compatible with all devices.







https://www.freeconferencecall.com/apps?country_code=us&locale=global

# Hop on the Call with Phone or VoIP Conference

It's always free to dial in to a FreeConferenceCall.com meeting. But if you don't have access to a phone or just want to use your laptop or mobile device to hop on a conference, have a VoIP conference call.

  

**Dial in on the Phone**

To join the conference using your phone, tap or dial the number and access code, then enter the host PIN

**Free VoIP Conference Call**

If you want to join the call using VoIP, download our mobile app, log in and tap Internet.

**Take Your Meetings Online**

Host online meetings to share your screen and show your video. Launch the desktop app, and click Phone then choose to connect by Telephone or Mic & Speakers to use VoIP conference calling.

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global

**What is a VoIP conference call?**

Voice over internet protocol (VoIP) conference calls connect two or more parties over an internet connection instead of using traditional carrier networks.

Normally, when you make calls with a telephone, you connect with your party through a public switched telephone network (PSTN). Instead, using VoIP allows you to connect to your party over the internet, converting your audio information into a digital format that travels through the worldwide network.

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global

**What is a VoIP conference call?**  ▶

**How do you conference call on VoIP?**  ▼

To make a VoIP call to a FreeConferenceCall.com listed phone number, you'll need access to the internet and an internet softphone or the FreeConferenceCall.com desktop or mobile app.

VoIP calls work similarly to calls using a carrier network. Using your softphone, dial the number of the conference you wish to join and enter the access number followed by the pound key. You are now on a VoIP conference call with your party.

If you'd like to join a VoIP conference using FreeConferenceCall.com, you can quickly join the call by entering the meeting ID and selecting **"Join."** Next, select **"computer audio."** You are now on a VoIP conference call with your party.

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global

**What is a VoIP conference call?**  ▶

**How do you conference call on VoIP?**  ▶

**What is a softphone?**  ▼

A softphone, also referred to as an internet telephone, is a software on a computer or mobile device that allows users to make VoIP calls. Softphones can be accessed through your VoIP provider, capable of dialing standard phone numbers like a traditional phone.

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global

**What is a VoIP conference call?**  ▶

**How do you conference call on VoIP?**  ▶

**What is a softphone?**  ▶

**What do I need to make a VoIP call?**  ▼

When you want to connect with your party using VoIP, you'll need a computer, a VoIP provider and access to the internet. You'll also need a headset or device with audio output/input capabilities to speak to your party and hear them.

**How do you use audio conferencing in a team?**  ▶

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global

## Activating your Virtual Phone

1. Download the FreeConferenceCall Mobile app from the Google Play Store or Apple App Store and download the Desktop app
2. Make sure to enable permissions to contacts and notifications so you can take full advantage of the virtual phone's features
3. Launch the app and log into your account
4. Select the phone icon in the bottom navigation bar
5. When selected for the first time, you will go through the activation slides

a. Copy your phone number to your clipboard

b. Enable ringing if you want your device to ring when someone calls your number





https://www.freeconferencecall.com/tutorials?country_code=us&locale=global

## How SIP is used in VoIP

SIP is a text based protocol that was developed on a similar model to HTTP responses. When compared to alternatives such as H.323, it is very simple to construct and debug. But it is also extremely flexible and has powerful features that can be utilized in very complex PBX systems. It is a general-purpose protocol that can handle a variety of sessions. In VoIP specifically, SIP is used to perform a variety of functions including:

https://voipstudio.com/blog/how-sip-is-used-in-voip/

## Session set up

SIP tells the phone that is being called to start 'ringing' and manages the initial contact between all parties.

https://voipstudio.com/blog/how-sip-is-used-in-voip/

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishement (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| (a) the wireless handheld cellular phone device is operable using a module that is responsible for contacting the server to communicate with the server over a wireless link, wherein the wireless handheld cellular phone device includes the module that is implemented as software and that is downloadable to the wireless handheld cellular phone device; | The wireless handheld cellular phone device (e.g., Smartphone) is operable using a module (e.g., FreeConferenceCall application) that is responsible for contacting a server (e.g., FreeConferenceCall Server) to communicate with the server (e.g., FreeConferenceCall Server) over a wireless link (e.g., VoIP link), wherein the wireless handheld cellular phone device (e.g., Smartphone) includes the module (e.g., FreeConferenceCall application) that is implemented as software and that is downloadable to the wireless handheld cellular phone device (e.g., Smartphone). |



https://apps.apple.com/us/app/free-conference-call/id1076834814#?platform=iphone

The FreeConferenceCall.com app makes it simple to host HD audio conference calls with video conferencing and screen sharing.

This award-winning audio + video conferencing tool lets you host an unlimited number of meetings with up to 1,000 participants per meeting. You also get screen sharing, international dial-in numbers for 75+ countries, and meeting recording, all for free. All we ask is that if you like the tool you pay us what you think is fair. These contributions help us provide totally free, world-class audio and video conferencing solutions to charities, volunteers, and students all around the world.

Features include:

· Free application download
· Free account activation
· Free HD audio conference calls w/up to 1,000 participants
· Free HD video conferencing and screen sharing w/up to 1,000 participants
· Free International conferencing with dedicated dial-in numbers in 75 countries...and growing!
· Conference features: web controls, including mute and record, lock, view participants, Q&A and more
· One-touch conference commands to manage calls
· Dial-in by VoIP
· Unlimited account and conference access

https://apps.apple.com/us/app/free-conference-call/id1076834814#?platform=iphone

# A Conference Call App With Major Muscle

Why dial in to a conference call when you don't have to? FreeConferenceCall.com apps for iOS and Android take all the heavy lifting out of conferencing. Award-winning collaboration is just a tap away.



## FreeConferenceCall.com App for iOS

★ ★ ★ ★ ½ *1.5K reviews as of 3/24/2020*

Easily host and manage phone or VoIP conference calls from the convenience of your iPhone, iPad or iPad Pro®. Record a quick video conference or join in on a screen sharing session. Send meeting invitations with email or iMessage® app. Compatible with: iOS 9.0 and up (sharing phone's screen requires v11.0).





## FreeConferenceCall.com App for Android

★ ★ ★ ★ ½ *5.9K reviews as of 3/24/2020*

Get mobile with your online meetings using the FreeConferenceCall.com Android app. Screen share a presentation, host an international conference call or video conference. All our easy-to-use features are at your fingertips. Compatible with all devices.





https://www.freeconferencecall.com/apps?country_code=us&locale=global

# Hop on the Call with Phone or VoIP Conference

It's always free to dial in to a FreeConferenceCall.com meeting. But if you don't have access to a phone or just want to use your laptop or mobile device to hop on a conference, have a VoIP conference call.

  

**Dial in on the Phone**

To join the conference using your phone, tap or dial the number and access code, then enter the host PIN

**Free VoIP Conference Call**

If you want to join the call using VoIP, download our mobile app, log in and tap **Internet**.

**Take Your Meetings Online**

Host online meetings to share your screen and show your video. Launch the desktop app, and click **Phone** then choose to connect by **Telephone** or **Mic & Speakers** to use VoIP conference calling.

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global

**What is a VoIP conference call?**                                                              ▼

Voice over internet protocol (VoIP) conference calls connect two or more parties over an internet connection instead of using traditional carrier networks.

Normally, when you make calls with a telephone, you connect with your party through a public switched telephone network (PSTN). Instead, using VoIP allows you to connect to your party over the internet, converting your audio information into a digital format that travels through the worldwide network.

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global



**What is a VoIP conference call?**                                                                                                                          ▶

**How do you conference call on VoIP?**                                                                                                                      ▼

To make a VoIP call to a FreeConferenceCall.com listed phone number, you'll need access to the internet and an internet softphone or the FreeConferenceCall.com desktop or mobile app.

VoIP calls work similarly to calls using a carrier network. Using your softphone, dial the number of the conference you wish to join and enter the access number followed by the pound key. You are now on a VoIP conference call with your party.

If you'd like to join a VoIP conference using FreeConferenceCall.com, you can quickly join the call by entering the meeting ID and selecting **"Join."** Next, select **"computer audio."** You are now on a VoIP conference call with your party.

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global

**What is a VoIP conference call?**                                                                                                                          ▶

**How do you conference call on VoIP?**                                                                                                                      ▶

**What is a softphone?**                                                                                                                                      ▼

A softphone, also referred to as an internet telephone, is a software on a computer or mobile device that allows users to make VoIP calls. Softphones can be accessed through your VoIP provider, capable of dialing standard phone numbers like a traditional phone.

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global

**What is a VoIP conference call?**                                                                                                                          ▶

**How do you conference call on VoIP?**                                                                                                                      ▶

**What is a softphone?**                                                                                                                                      ▶

**What do I need to make a VoIP call?**                                                                                                                       ▼

When you want to connect with your party using VoIP, you'll need a computer, a VoIP provider and access to the internet. You'll also need a headset or device with audio output/input capabilities to speak to your party and hear them.

**How do you use audio conferencing in a team?**                                                                                                             ▶

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global

## Activating your Virtual Phone

1. Download the FreeConferenceCall Mobile app from the Google Play Store or Apple App Store and download the Desktop app
2. Make sure to enable permissions to contacts and notifications so you can take full advantage of the virtual phone's features
3. Launch the app and log into your account
4. Select the phone icon in the bottom navigation bar
5. When selected for the first time, you will go through the activation slides

a. Copy your phone number to your clipboard
 
b. Enable ringing if you want your device to ring when someone calls your number




https://www.freeconferencecall.com/tutorials?country_code=us&locale=global

## How SIP is used in VoIP

SIP is a text based protocol that was developed on a similar model to HTTP responses. When compared to alternatives such as H.323, it is very simple to construct and debug. But it is also extremely flexible and has powerful features that can be utilized in very complex PBX systems. It is a general-purpose protocol that can handle a variety of sessions. In VoIP specifically, SIP is used to perform a variety of functions including:

https://voipstudio.com/blog/how-sip-is-used-in-voip/

## Session set up

SIP tells the phone that is being called to start 'ringing' and manages the initial contact between all parties.

https://voipstudio.com/blog/how-sip-is-used-in-voip/

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishement (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| | |
|---|---|
| (b) the wireless handheld cellular phone device is operable using the module to send, over the wireless link, data to the server that defines a call request; | The wireless handheld cellular phone device (e.g., Smartphone) is operable using the module (e.g., FreeConferenceCall application) to send, over the wireless link (e.g., VoIP link), data to the server (e.g., FreeConferenceCall Server) that defines a call request (e.g., Invite signal from caller to server). |



https://apps.apple.com/us/app/free-conference-call/id1076834814#?platform=iphone

The FreeConferenceCall.com app makes it simple to host HD audio conference calls with video conferencing and screen sharing.

This award-winning audio + video conferencing tool lets you host an unlimited number of meetings with up to 1,000 participants per meeting. You also get screen sharing, international dial-in numbers for 75+ countries, and meeting recording, all for free. All we ask is that if you like the tool you pay us what you think is fair. These contributions help us provide totally free, world-class audio and video conferencing solutions to charities, volunteers, and students all around the world.

Features include:
· Free application download
· Free account activation
· Free HD audio conference calls w/up to 1,000 participants
· Free HD video conferencing and screen sharing w/up to 1,000 participants
· Free International conferencing with dedicated dial-in numbers in 75 countries...and growing!
· Conference features: web controls, including mute and record, lock, view participants, Q&A and more
· One-touch conference commands to manage calls
· Dial-in by VoIP
· Unlimited account and conference access

https://apps.apple.com/us/app/free-conference-call/id1076834814#?platform=iphone

# A Conference Call App With Major Muscle

Why dial in to a conference call when you don't have to? FreeConferenceCall.com apps for iOS and Android take all the heavy lifting out of conferencing. Award-winning collaboration is just a tap away.



## FreeConferenceCall.com App for iOS

★ ★ ★ ★ ½ 1.5K reviews as of 3/24/2020

Easily host and manage phone or VoIP conference calls from the convenience of your iPhone, iPad or iPad Pro®. Record a quick video conference or join in on a screen sharing session. Send meeting invitations with email or iMessage® app. Compatible with: iOS 9.0 and up (sharing phone's screen requires v11.0).





## FreeConferenceCall.com App for Android

★ ★ ★ ★ ½ 5.9K reviews as of 3/24/2020

Get mobile with your online meetings using the FreeConferenceCall.com Android app. Screen share a presentation, host an international conference call or video conference. All our easy-to-use features are at your fingertips. Compatible with all devices.

 

https://www.freeconferencecall.com/apps?country_code=us&locale=global

# Hop on the Call with Phone or VoIP Conference

It's always free to dial in to a FreeConferenceCall.com meeting. But if you don't have access to a phone or just want to use your laptop or mobile device to hop on a conference, have a VoIP conference call.

  

**Dial in on the Phone**

To join the conference using your phone, tap or dial the number and access code, then enter the host PIN

**Free VoIP Conference Call**

If you want to join the call using VoIP, download our mobile app, log in and tap Internet.

**Take Your Meetings Online**

Host online meetings to share your screen and show your video. Launch the desktop app, and click Phone then choose to connect by Telephone or Mic & Speakers to use VoIP conference calling.

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global

**What is a VoIP conference call?**

Voice over internet protocol (VoIP) conference calls connect two or more parties over an internet connection instead of using traditional carrier networks.

Normally, when you make calls with a telephone, you connect with your party through a public switched telephone network (PSTN). Instead, using VoIP allows you to connect to your party over the internet, converting your audio information into a digital format that travels through the worldwide network.

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global



**What is a VoIP conference call?** ▶

**How do you conference call on VoIP?** ▼

To make a VoIP call to a FreeConferenceCall.com listed phone number, you'll need access to the internet and an internet softphone or the FreeConferenceCall.com desktop or mobile app.

VoIP calls work similarly to calls using a carrier network. Using your softphone, dial the number of the conference you wish to join and enter the access number followed by the pound key. You are now on a VoIP conference call with your party.

If you'd like to join a VoIP conference using FreeConferenceCall.com, you can quickly join the call by entering the meeting ID and selecting "**Join.**" Next, select "**computer audio.**" You are now on a VoIP conference call with your party.

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global

**What is a VoIP conference call?** ▶

**How do you conference call on VoIP?** ▶

**What is a softphone?** ▼

A softphone, also referred to as an internet telephone, is a software on a computer or mobile device that allows users to make VoIP calls. Softphones can be accessed through your VoIP provider, capable of dialing standard phone numbers like a traditional phone.

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global

**What is a VoIP conference call?** ▶

**How do you conference call on VoIP?** ▶

**What is a softphone?** ▶

**What do I need to make a VoIP call?** ▼

When you want to connect with your party using VoIP, you'll need a computer, a VoIP provider and access to the internet. You'll also need a headset or device with audio output/input capabilities to speak to your party and hear them.

**How do you use audio conferencing in a team?** ▶

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global

## Activating your Virtual Phone

1. Download the FreeConferenceCall Mobile app from the Google Play Store or Apple App Store and download the Desktop app
2. Make sure to enable permissions to contacts and notifications so you can take full advantage of the virtual phone's features
3. Launch the app and log into your account
4. Select the phone icon in the bottom navigation bar
5. When selected for the first time, you will go through the activation slides

a. Copy your phone number to your clipboard

b. Enable ringing if you want your device to ring when someone calls your number





https://www.freeconferencecall.com/tutorials?country_code=us&locale=global

## How SIP is used in VoIP

SIP is a text based protocol that was developed on a similar model to HTTP responses. When compared to alternatives such as H.323, it is very simple to construct and debug. But it is also extremely flexible and has powerful features that can be utilized in very complex PBX systems. It is a general-purpose protocol that can handle a variety of sessions. In VoIP specifically, SIP is used to perform a variety of functions including:

https://voipstudio.com/blog/how-sip-is-used-in-voip/

## Session set up

SIP tells the phone that is being called to start 'ringing' and manages the initial contact between all parties.

https://voipstudio.com/blog/how-sip-is-used-in-voip/

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishement (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| (c) in response to the call request, the calls manager software included on the server is operable to decide on the appropriate routing to a 3rd party end-user for that call request without using the network operator's home or visitor location register. | In response to the call request (e.g., Invite signal from caller to server), the call manager software (e.g., software running at FreeConferenceCall SIP proxy Server to route/manage calls) included on the server (e.g., FreeConferenceCall Server) is operable to decide on the appropriate routing (e.g., Invite signal from server to callee) to a 3rd party end-user (e.g., Other users using FreeConferenceCall) for that call request (e.g., Invite signal from caller to server) without using the network operator's home or visitor location register. |



https://apps.apple.com/us/app/free-conference-call/id1076834814#?platform=iphone

The FreeConferenceCall.com app makes it simple to host HD audio conference calls with video conferencing and screen sharing.

This award-winning audio + video conferencing tool lets you host an unlimited number of meetings with up to 1,000 participants per meeting. You also get screen sharing, international dial-in numbers for 75+ countries, and meeting recording, all for free. All we ask is that if you like the tool you pay us what you think is fair. These contributions help us provide totally free, world-class audio and video conferencing solutions to charities, volunteers, and students all around the world.

Features include:

· Free application download
· Free account activation
· Free HD audio conference calls w/up to 1,000 participants
· Free HD video conferencing and screen sharing w/up to 1,000 participants
· Free International conferencing with dedicated dial-in numbers in 75 countries...and growing!
· Conference features: web controls, including mute and record, lock, view participants, Q&A and more
· One-touch conference commands to manage calls
· Dial-in by VoIP
· Unlimited account and conference access

https://apps.apple.com/us/app/free-conference-call/id1076834814#?platform=iphone

# A Conference Call App With Major Muscle

Why dial in to a conference call when you don't have to? FreeConferenceCall.com apps for iOS and Android take all the heavy lifting out of conferencing. Award-winning collaboration is just a tap away.



### FreeConferenceCall.com App for iOS

★ ★ ★ ★ ½ *1.5K reviews as of 3/24/2020*



### FreeConferenceCall.com App for Android

★ ★ ★ ★ ½ *5.9K reviews as of 3/24/2020*

Easily host and manage phone or VoIP conference calls from the convenience of your iPhone, iPad or iPad Pro®. Record a quick video conference or join in on a screen sharing session. Send meeting invitations with email or iMessage® app. Compatible with: iOS 9.0 and up (sharing phone's screen requires v11.0).

Get mobile with your online meetings using the FreeConferenceCall.com Android app. Screen share a presentation, host an international conference call or video conference. All our easy-to-use features are at your fingertips. Compatible with all devices.





 🔥 Free

https://www.freeconferencecall.com/apps?country_code=us&locale=global

# Hop on the Call with Phone or VoIP Conference

It's always free to dial in to a FreeConferenceCall.com meeting. But if you don't have access to a phone or just want to use your laptop or mobile device to hop on a conference, have a VoIP conference call.

  

**Dial in on the Phone**

To join the conference using your phone, tap or dial the number and access code, then enter the host PIN

**Free VoIP Conference Call**

If you want to join the call using VoIP, download our mobile app, log in and tap **Internet**.

**Take Your Meetings Online**

Host online meetings to share your screen and show your video. Launch the desktop app, and click **Phone** then choose to connect by **Telephone** or **Mic & Speakers** to use VoIP conference calling.

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global

**What is a VoIP conference call?**                                                                                      ▼

Voice over internet protocol (VoIP) conference calls connect two or more parties over an internet connection instead of using traditional carrier networks.

Normally, when you make calls with a telephone, you connect with your party through a public switched telephone network (PSTN). Instead, using VoIP allows you to connect to your party over the internet, converting your audio information into a digital format that travels through the worldwide network.

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global



**What is a VoIP conference call?**   ▶

**How do you conference call on VoIP?**   ▼

To make a VoIP call to a FreeConferenceCall.com listed phone number, you'll need access to the internet and an internet softphone or the FreeConferenceCall.com desktop or mobile app.

VoIP calls work similarly to calls using a carrier network. Using your softphone, dial the number of the conference you wish to join and enter the access number followed by the pound key. You are now on a VoIP conference call with your party.

If you'd like to join a VoIP conference using FreeConferenceCall.com, you can quickly join the call by entering the meeting ID and selecting **"Join."** Next, select **"computer audio."** You are now on a VoIP conference call with your party.

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global

**What is a VoIP conference call?**   ▶

**How do you conference call on VoIP?**   ▶

**What is a softphone?**   ▼

A softphone, also referred to as an internet telephone, is a software on a computer or mobile device that allows users to make VoIP calls. Softphones can be accessed through your VoIP provider, capable of dialing standard phone numbers like a traditional phone.

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global

**What is a VoIP conference call?**   ▶

**How do you conference call on VoIP?**   ▶

**What is a softphone?**   ▶

**What do I need to make a VoIP call?**   ▼

When you want to connect with your party using VoIP, you'll need a computer, a VoIP provider and access to the internet. You'll also need a headset or device with audio output/input capabilities to speak to your party and hear them.

**How do you use audio conferencing in a team?**   ▶

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global

## Activating your Virtual Phone

1. Download the FreeConferenceCall Mobile app from the Google Play Store or Apple App Store and download the Desktop app
2. Make sure to enable permissions to contacts and notifications so you can take full advantage of the virtual phone's features
3. Launch the app and log into your account
4. Select the phone icon in the bottom navigation bar
5. When selected for the first time, you will go through the activation slides

a. Copy your phone number to your clipboard

b. Enable ringing if you want your device to ring when someone calls your number





https://www.freeconferencecall.com/tutorials?country_code=us&locale=global

## How SIP is used in VoIP

SIP is a text based protocol that was developed on a similar model to HTTP responses. When compared to alternatives such as H.323, it is very simple to construct and debug. But it is also extremely flexible and has powerful features that can be utilized in very complex PBX systems. It is a general-purpose protocol that can handle a variety of sessions. In VoIP specifically, SIP is used to perform a variety of functions including:

https://voipstudio.com/blog/how-sip-is-used-in-voip/

# Session set up

SIP tells the phone that is being called to start 'ringing' and manages the initial contact between all parties.

https://voipstudio.com/blog/how-sip-is-used-in-voip/

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishement (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| 23. A server for enabling a wireless handheld cellular phone device to communicate with the server to initiate a network connection without using a network operator's home location register, wherein the server includes a software application that functions as a calls manager, wherein: | The accused product discloses a server enabling a wireless handheld cellular phone device (e.g., Smartphone) to communicate with the server to initiate a network connection without using a network operator's home location register that covers that region, wherein the server (e.g., FreeConferenceCallServer) includes a software application (e.g., software running at FreeConferenceCall SIP proxy Server to route/manage calls) that functions as a calls manager. |
|---|---|



https://apps.apple.com/us/app/free-conference-call/id1076834814#?platform=iphone

The FreeConferenceCall.com app makes it simple to host HD audio conference calls with video conferencing and screen sharing.

This award-winning audio + video conferencing tool lets you host an unlimited number of meetings with up to 1,000 participants per meeting. You also get screen sharing, international dial-in numbers for 75+ countries, and meeting recording, all for free. All we ask is that if you like the tool you pay us what you think is fair. These contributions help us provide totally free, world-class audio and video conferencing solutions to charities, volunteers, and students all around the world.

Features include:

· Free application download
· Free account activation
· Free HD audio conference calls w/up to 1,000 participants
· Free HD video conferencing and screen sharing w/up to 1,000 participants
· Free International conferencing with dedicated dial-in numbers in 75 countries...and growing!
· Conference features: web controls, including mute and record, lock, view participants, Q&A and more
· One-touch conference commands to manage calls
· Dial-in by VoIP
· Unlimited account and conference access

https://apps.apple.com/us/app/free-conference-call/id1076834814#?platform=iphone

# A Conference Call App With Major Muscle

Why dial in to a conference call when you don't have to? FreeConferenceCall.com apps for iOS and Android take all the heavy lifting out of conferencing. Award-winning collaboration is just a tap away.



### FreeConferenceCall.com App for iOS

★ ★ ★ ★ ½ *1.5K reviews as of 3/24/2020*

Easily host and manage phone or VoIP conference calls from the convenience of your iPhone, iPad or iPad Pro®. Record a quick video conference or join in on a screen sharing session. Send meeting invitations with email or iMessage® app. Compatible with: iOS 9.0 and up (sharing phone's screen requires v11.0).





### FreeConferenceCall.com App for Android

★ ★ ★ ★ ½ *5.9K reviews as of 3/24/2020*

Get mobile with your online meetings using the FreeConferenceCall.com Android app. Screen share a presentation, host an international conference call or video conference. All our easy-to-use features are at your fingertips. Compatible with all devices.

 

https://www.freeconferencecall.com/apps?country_code=us&locale=global

# Hop on the Call with Phone or VoIP Conference

It's always free to dial in to a FreeConferenceCall.com meeting. But if you don't have access to a phone or just want to use your laptop or mobile device to hop on a conference, have a VoIP conference call.

  

### Dial in on the Phone

To join the conference using your phone, tap or dial the number and access code, then enter the host PIN

### Free VoIP Conference Call

If you want to join the call using VoIP, download our mobile app, log in and tap Internet.

### Take Your Meetings Online

Host online meetings to share your screen and show your video. Launch the desktop app, and click Phone then choose to connect by Telephone or Mic & Speakers to use VoIP conference calling.

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global

### What is a VoIP conference call?

Voice over internet protocol (VoIP) conference calls connect two or more parties over an internet connection instead of using traditional carrier networks.

Normally, when you make calls with a telephone, you connect with your party through a public switched telephone network (PSTN). Instead, using VoIP allows you to connect to your party over the internet, converting your audio information into a digital format that travels through the worldwide network.

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global

**What is a VoIP conference call?** ▶

**How do you conference call on VoIP?** ▼

To make a VoIP call to a FreeConferenceCall.com listed phone number, you'll need access to the internet and an internet softphone or the FreeConferenceCall.com desktop or mobile app.

VoIP calls work similarly to calls using a carrier network. Using your softphone, dial the number of the conference you wish to join and enter the access number followed by the pound key. You are now on a VoIP conference call with your party.

If you'd like to join a VoIP conference using FreeConferenceCall.com, you can quickly join the call by entering the meeting ID and selecting "**Join.**" Next, select "**computer audio.**" You are now on a VoIP conference call with your party.

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global

**What is a VoIP conference call?** ▶

**How do you conference call on VoIP?** ▶

**What is a softphone?** ▼

A softphone, also referred to as an internet telephone, is a software on a computer or mobile device that allows users to make VoIP calls. Softphones can be accessed through your VoIP provider, capable of dialing standard phone numbers like a traditional phone.

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global

**What is a VoIP conference call?** ▶

**How do you conference call on VoIP?** ▶

**What is a softphone?** ▶

**What do I need to make a VoIP call?** ▼

When you want to connect with your party using VoIP, you'll need a computer, a VoIP provider and access to the internet. You'll also need a headset or device with audio output/input capabilities to speak to your party and hear them.

**How do you use audio conferencing in a team?** ▶

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global

## Activating your Virtual Phone

1. Download the FreeConferenceCall Mobile app from the Google Play Store or Apple App Store and download the Desktop app
2. Make sure to enable permissions to contacts and notifications so you can take full advantage of the virtual phone's features
3. Launch the app and log into your account
4. Select the phone icon in the bottom navigation bar
5. When selected for the first time, you will go through the activation slides

a. Copy your phone number to your clipboard

b. Enable ringing if you want your device to ring when someone calls your number





https://www.freeconferencecall.com/tutorials?country_code=us&locale=global

## How SIP is used in VoIP

SIP is a text based protocol that was developed on a similar model to HTTP responses. When compared to alternatives such as H.323, it is very simple to construct and debug. But it is also extremely flexible and has powerful features that can be utilized in very complex PBX systems. It is a general-purpose protocol that can handle a variety of sessions. In VoIP specifically, SIP is used to perform a variety of functions including:

https://voipstudio.com/blog/how-sip-is-used-in-voip/

## Session set up

SIP tells the phone that is being called to start 'ringing' and manages the initial contact between all parties.

https://voipstudio.com/blog/how-sip-is-used-in-voip/

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishement (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| | |
|---|---|
| (a) the wireless handheld cellular phone device is operable using a module that is responsible for contacting the server to communicate with the server over a wireless link, wherein the wireless handheld cellular phone device includes the module that is implemented as software and that is downloadable to the wireless handheld cellular phone device; | The wireless handheld cellular phone device (e.g., Smartphone) is operable using a module (e.g., FreeConferenceCall application) that is responsible for contacting a server (e.g., FreeConferenceCall Server) to communicate with the server (e.g., FreeConferenceCall Server) over a wireless link (e.g., VoIP link), wherein the wireless handheld cellular phone device (e.g., Smartphone) includes the module (e.g., FreeConferenceCall application) that is implemented as software and that is downloadable to the wireless handheld cellular phone device (e.g., Smartphone). |



https://apps.apple.com/us/app/free-conference-call/id1076834814#?platform=iphone

The FreeConferenceCall.com app makes it simple to host HD audio conference calls with video conferencing and screen sharing.

This award-winning audio + video conferencing tool lets you host an unlimited number of meetings with up to 1,000 participants per meeting. You also get screen sharing, international dial-in numbers for 75+ countries, and meeting recording, all for free. All we ask is that if you like the tool you pay us what you think is fair. These contributions help us provide totally free, world-class audio and video conferencing solutions to charities, volunteers, and students all around the world.

Features include:

· Free application download
· Free account activation
· Free HD audio conference calls w/up to 1,000 participants
· Free HD video conferencing and screen sharing w/up to 1,000 participants
· Free International conferencing with dedicated dial-in numbers in 75 countries...and growing!
· Conference features: web controls, including mute and record, lock, view participants, Q&A and more
· One-touch conference commands to manage calls
· Dial-in by VoIP
· Unlimited account and conference access

https://apps.apple.com/us/app/free-conference-call/id1076834814#?platform=iphone

# A Conference Call App With Major Muscle

Why dial in to a conference call when you don't have to? FreeConferenceCall.com apps for iOS and Android take all the heavy lifting out of conferencing. Award-winning collaboration is just a tap away.



## FreeConferenceCall.com
## App for iOS

★ ★ ★ ★ ☆ *1.5K reviews as of 3/24/2020*

Easily host and manage phone or VoIP conference calls from the convenience of your iPhone, iPad or iPad Pro®. Record a quick video conference or join in on a screen sharing session. Send meeting invitations with email or iMessage® app. Compatible with: iOS 9.0 and up (sharing phone's screen requires v11.0).





## FreeConferenceCall.com
## App for Android

★ ★ ★ ★ ☆ *5.9K reviews as of 3/24/2020*

Get mobile with your online meetings using the FreeConferenceCall.com Android app. Screen share a presentation, host an international conference call or video conference. All our easy-to-use features are at your fingertips. Compatible with all devices.

 

https://www.freeconferencecall.com/apps?country_code=us&locale=global

# Hop on the Call with Phone or VoIP Conference

It's always free to dial in to a FreeConferenceCall.com meeting. But if you don't have access to a phone or just want to use your laptop or mobile device to hop on a conference, have a VoIP conference call.

  

### Dial in on the Phone

To join the conference using your phone, tap or dial the number and access code, then enter the host PIN

### Free VoIP Conference Call

If you want to join the call using VoIP, download our mobile app, log in and tap Internet.

### Take Your Meetings Online

Host online meetings to share your screen and show your video. Launch the desktop app, and click Phone then choose to connect by Telephone or Mic & Speakers to use VoIP conference calling.

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global

**What is a VoIP conference call?** ▼

Voice over internet protocol (VoIP) conference calls connect two or more parties over an internet connection instead of using traditional carrier networks.

Normally, when you make calls with a telephone, you connect with your party through a public switched telephone network (PSTN). Instead, using VoIP allows you to connect to your party over the internet, converting your audio information into a digital format that travels through the worldwide network.

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global



**What is a VoIP conference call?**

**How do you conference call on VoIP?**

To make a VoIP call to a FreeConferenceCall.com listed phone number, you'll need access to the internet and an internet softphone or the FreeConferenceCall.com desktop or mobile app.

VoIP calls work similarly to calls using a carrier network. Using your softphone, dial the number of the conference you wish to join and enter the access number followed by the pound key. You are now on a VoIP conference call with your party.

If you'd like to join a VoIP conference using FreeConferenceCall.com, you can quickly join the call by entering the meeting ID and selecting **"Join."** Next, select **"computer audio."** You are now on a VoIP conference call with your party.

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global

**What is a VoIP conference call?**

**How do you conference call on VoIP?**

**What is a softphone?**

A softphone, also referred to as an internet telephone, is a software on a computer or mobile device that allows users to make VoIP calls. Softphones can be accessed through your VoIP provider, capable of dialing standard phone numbers like a traditional phone.

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global

**What is a VoIP conference call?**

**How do you conference call on VoIP?**

**What is a softphone?**

**What do I need to make a VoIP call?**

When you want to connect with your party using VoIP, you'll need a computer, a VoIP provider and access to the internet. You'll also need a headset or device with audio output/input capabilities to speak to your party and hear them.

**How do you use audio conferencing in a team?**

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global

## Activating your Virtual Phone

1. Download the FreeConferenceCall Mobile app from the Google Play Store or Apple App Store and download the Desktop app
2. Make sure to enable permissions to contacts and notifications so you can take full advantage of the virtual phone's features
3. Launch the app and log into your account
4. Select the phone icon in the bottom navigation bar
5. When selected for the first time, you will go through the activation slides

a. Copy your phone number to your clipboard

b. Enable ringing if you want your device to ring when someone calls your number





https://www.freeconferencecall.com/tutorials?country_code=us&locale=global

## How SIP is used in VoIP

SIP is a text based protocol that was developed on a similar model to HTTP responses. When compared to alternatives such as H.323, it is very simple to construct and debug. But it is also extremely flexible and has powerful features that can be utilized in very complex PBX systems. It is a general-purpose protocol that can handle a variety of sessions. In VoIP specifically, SIP is used to perform a variety of functions including:

https://voipstudio.com/blog/how-sip-is-used-in-voip/

# Session set up

SIP tells the phone that is being called to start 'ringing' and manages the initial contact between all parties.

https://voipstudio.com/blog/how-sip-is-used-in-voip/

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishement (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| | |
|---|---|
| (b) the wireless handheld cellular phone device is operable using the module to send, over the wireless link, data to the server that defines a call request; | The wireless handheld cellular phone device (e.g., Smartphone) is operable using the module (e.g., FreeConferenceCall application) to send, over the wireless link (e.g., VoIP link), data to the server (e.g., FreeConferenceCall Server) that defines a call request (e.g., Invite signal from caller to server). |



https://apps.apple.com/us/app/free-conference-call/id1076834814#?platform=iphone

The FreeConferenceCall.com app makes it simple to host HD audio conference calls with video conferencing and screen sharing.

This award-winning audio + video conferencing tool lets you host an unlimited number of meetings with up to 1,000 participants per meeting. You also get screen sharing, international dial-in numbers for 75+ countries, and meeting recording, all for free. All we ask is that if you like the tool you pay us what you think is fair. These contributions help us provide totally free, world-class audio and video conferencing solutions to charities, volunteers, and students all around the world.

Features include:

· Free application download
· Free account activation
· Free HD audio conference calls w/up to 1,000 participants
· Free HD video conferencing and screen sharing w/up to 1,000 participants
· Free International conferencing with dedicated dial-in numbers in 75 countries...and growing!
· Conference features: web controls, including mute and record, lock, view participants, Q&A and more
· One-touch conference commands to manage calls
· Dial-in by VoIP
· Unlimited account and conference access

https://apps.apple.com/us/app/free-conference-call/id1076834814#?platform=iphone

# A Conference Call App With Major Muscle

Why dial in to a conference call when you don't have to? FreeConferenceCall.com apps for iOS and Android take all the heavy lifting out of conferencing. Award-winning collaboration is just a tap away.



## FreeConferenceCall.com App for iOS

★ ★ ★ ★ ½ *1.5K reviews as of 3/24/2020*



## FreeConferenceCall.com App for Android

★ ★ ★ ★ ½ *5.9K reviews as of 3/24/2020*

Easily host and manage phone or VoIP conference calls from the convenience of your iPhone, iPad or iPad Pro®. Record a quick video conference or join in on a screen sharing session. Send meeting invitations with email or iMessage® app. Compatible with: iOS 9.0 and up (sharing phone's screen requires v11.0).

Get mobile with your online meetings using the FreeConferenceCall.com Android app. Screen share a presentation, host an international conference call or video conference. All our easy-to-use features are at your fingertips. Compatible with all devices.






https://www.freeconferencecall.com/apps?country_code=us&locale=global

# Hop on the Call with Phone or VoIP Conference

It's always free to dial in to a FreeConferenceCall.com meeting. But if you don't have access to a phone or just want to use your laptop or mobile device to hop on a conference, have a VoIP conference call.

  

### Dial in on the Phone

To join the conference using your phone, tap or dial the number and access code, then enter the host PIN

### Free VoIP Conference Call

If you want to join the call using VoIP, download our mobile app, log in and tap Internet.

### Take Your Meetings Online

Host online meetings to share your screen and show your video. Launch the desktop app, and click Phone then choose to connect by Telephone or Mic & Speakers to use VoIP conference calling.

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global

**What is a VoIP conference call?**

Voice over internet protocol (VoIP) conference calls connect two or more parties over an internet connection instead of using traditional carrier networks.

Normally, when you make calls with a telephone, you connect with your party through a public switched telephone network (PSTN). Instead, using VoIP allows you to connect to your party over the internet, converting your audio information into a digital format that travels through the worldwide network.

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global



**What is a VoIP conference call?**    ▶

**How do you conference call on VoIP?**    ▼

To make a VoIP call to a FreeConferenceCall.com listed phone number, you'll need access to the internet and an internet softphone or the FreeConferenceCall.com desktop or mobile app.

VoIP calls work similarly to calls using a carrier network. Using your softphone, dial the number of the conference you wish to join and enter the access number followed by the pound key. You are now on a VoIP conference call with your party.

If you'd like to join a VoIP conference using FreeConferenceCall.com, you can quickly join the call by entering the meeting ID and selecting **"Join."** Next, select **"computer audio."** You are now on a VoIP conference call with your party.

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global

**What is a VoIP conference call?**    ▶

**How do you conference call on VoIP?**    ▶

**What is a softphone?**    ▼

A softphone, also referred to as an internet telephone, is a software on a computer or mobile device that allows users to make VoIP calls. Softphones can be accessed through your VoIP provider, capable of dialing standard phone numbers like a traditional phone.

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global

**What is a VoIP conference call?**    ▶

**How do you conference call on VoIP?**    ▶

**What is a softphone?**    ▶

**What do I need to make a VoIP call?**    ▼

When you want to connect with your party using VoIP, you'll need a computer, a VoIP provider and access to the internet. You'll also need a headset or device with audio output/input capabilities to speak to your party and hear them.

**How do you use audio conferencing in a team?**    ▶

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global

## Activating your Virtual Phone

1. Download the FreeConferenceCall Mobile app from the Google Play Store or Apple App Store and download the Desktop app
2. Make sure to enable permissions to contacts and notifications so you can take full advantage of the virtual phone's features
3. Launch the app and log into your account
4. Select the phone icon in the bottom navigation bar
5. When selected for the first time, you will go through the activation slides

a. Copy your phone number to your clipboard

b. Enable ringing if you want your device to ring when someone calls your number





https://www.freeconferencecall.com/tutorials?country_code=us&locale=global

## How SIP is used in VoIP

SIP is a text based protocol that was developed on a similar model to HTTP responses. When compared to alternatives such as H.323, it is very simple to construct and debug. But it is also extremely flexible and has powerful features that can be utilized in very complex PBX systems. It is a general-purpose protocol that can handle a variety of sessions. In VoIP specifically, SIP is used to perform a variety of functions including:

https://voipstudio.com/blog/how-sip-is-used-in-voip/

## Session set up

SIP tells the phone that is being called to start 'ringing' and manages the initial contact between all parties.

https://voipstudio.com/blog/how-sip-is-used-in-voip/

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishement (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| | |
|---|---|
| (c) in response to the call request, the calls manager software included on the server is operable to decide on the appropriate routing to a 3rd party end-user over all available networks for that call request without using that network operator's home or visitor location register. | In response to the call request (e.g., Invite signal from caller to server), the call manager software (e.g., software running at FreeConferenceCall SIP proxy Server to route/manage calls) included on the server (e.g., FreeConferenceCall Server) is operable to decide on the appropriate routing (e.g., Invite signal from server to callee) to a 3rd party end-user (e.g., Other users using FreeConferenceCall) for that call request (e.g., Invite signal from caller to server) without using the network operator's home or visitor location register. |



https://apps.apple.com/us/app/free-conference-call/id1076834814#?platform=iphone

The FreeConferenceCall.com app makes it simple to host HD audio conference calls with video conferencing and screen sharing.

This award-winning audio + video conferencing tool lets you host an unlimited number of meetings with up to 1,000 participants per meeting. You also get screen sharing, international dial-in numbers for 75+ countries, and meeting recording, all for free. All we ask is that if you like the tool you pay us what you think is fair. These contributions help us provide totally free, world-class audio and video conferencing solutions to charities, volunteers, and students all around the world.

Features include:
· Free application download
· Free account activation
· Free HD audio conference calls w/up to 1,000 participants
· Free HD video conferencing and screen sharing w/up to 1,000 participants
· Free International conferencing with dedicated dial-in numbers in 75 countries...and growing!
· Conference features: web controls, including mute and record, lock, view participants, Q&A and more
· One-touch conference commands to manage calls
· Dial-in by VoIP
· Unlimited account and conference access

https://apps.apple.com/us/app/free-conference-call/id1076834814#?platform=iphone

# A Conference Call App With Major Muscle

Why dial in to a conference call when you don't have to? FreeConferenceCall.com apps for iOS and Android take all the heavy lifting out of conferencing. Award-winning collaboration is just a tap away.



## FreeConferenceCall.com App for iOS

★ ★ ★ ★ ½ *1.5K reviews as of 3/24/2020*

Easily host and manage phone or VoIP conference calls from the convenience of your iPhone, iPad or iPad Pro®. Record a quick video conference or join in on a screen sharing session. Send meeting invitations with email or iMessage® app. Compatible with: iOS 9.0 and up (sharing phone's screen requires v11.0).





## FreeConferenceCall.com App for Android

★ ★ ★ ★ ½ *5.9K reviews as of 3/24/2020*

Get mobile with your online meetings using the FreeConferenceCall.com Android app. Screen share a presentation, host an international conference call or video conference. All our easy-to-use features are at your fingertips. Compatible with all devices.

 

https://www.freeconferencecall.com/apps?country_code=us&locale=global

# Hop on the Call with Phone or VoIP Conference

It's always free to dial in to a FreeConferenceCall.com meeting. But if you don't have access to a phone or just want to use your laptop or mobile device to hop on a conference, have a VoIP conference call.

  

### Dial in on the Phone

To join the conference using your phone, tap or dial the number and access code, then enter the host PIN

### Free VoIP Conference Call

If you want to join the call using VoIP, download our mobile app, log in and tap **Internet**.

### Take Your Meetings Online

Host online meetings to share your screen and show your video. Launch the desktop app, and click **Phone** then choose to connect by **Telephone** or **Mic & Speakers** to use VoIP conference calling.

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global

**What is a VoIP conference call?** ▼

Voice over internet protocol (VoIP) conference calls connect two or more parties over an internet connection instead of using traditional carrier networks.

Normally, when you make calls with a telephone, you connect with your party through a public switched telephone network (PSTN). Instead, using VoIP allows you to connect to your party over the internet, converting your audio information into a digital format that travels through the worldwide network.

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global



**What is a VoIP conference call?** ▶

**How do you conference call on VoIP?** ▼

To make a VoIP call to a FreeConferenceCall.com listed phone number, you'll need access to the internet and an internet softphone or the FreeConferenceCall.com desktop or mobile app.

VoIP calls work similarly to calls using a carrier network. Using your softphone, dial the number of the conference you wish to join and enter the access number followed by the pound key. You are now on a VoIP conference call with your party.

If you'd like to join a VoIP conference using FreeConferenceCall.com, you can quickly join the call by entering the meeting ID and selecting **"Join."** Next, select **"computer audio."** You are now on a VoIP conference call with your party.

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global

**What is a VoIP conference call?** ▶

**How do you conference call on VoIP?** ▶

**What is a softphone?** ▼

A softphone, also referred to as an internet telephone, is a software on a computer or mobile device that allows users to make VoIP calls. Softphones can be accessed through your VoIP provider, capable of dialing standard phone numbers like a traditional phone.

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global

**What is a VoIP conference call?** ▶

**How do you conference call on VoIP?** ▶

**What is a softphone?** ▶

**What do I need to make a VoIP call?** ▼

When you want to connect with your party using VoIP, you'll need a computer, a VoIP provider and access to the internet. You'll also need a headset or device with audio output/input capabilities to speak to your party and hear them.

**How do you use audio conferencing in a team?** ▶

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global

## Activating your Virtual Phone

1. Download the FreeConferenceCall Mobile app from the Google Play Store or Apple App Store and download the Desktop app
2. Make sure to enable permissions to contacts and notifications so you can take full advantage of the virtual phone's features
3. Launch the app and log into your account
4. Select the phone icon in the bottom navigation bar
5. When selected for the first time, you will go through the activation slides

a. Copy your phone number to your clipboard

b. Enable ringing if you want your device to ring when someone calls your number





https://www.freeconferencecall.com/tutorials?country_code=us&locale=global

## How SIP is used in VoIP

SIP is a text based protocol that was developed on a similar model to HTTP responses. When compared to alternatives such as H.323, it is very simple to construct and debug. But it is also extremely flexible and has powerful features that can be utilized in very complex PBX systems. It is a general-purpose protocol that can handle a variety of sessions. In VoIP specifically, SIP is used to perform a variety of functions including:

https://voipstudio.com/blog/how-sip-is-used-in-voip/

# Session set up

SIP tells the phone that is being called to start 'ringing' and manages the initial contact between all parties.

https://voipstudio.com/blog/how-sip-is-used-in-voip/

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishement (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| 24. Computer program product embodied on a non-transitory storage medium, the computer program product when executing on a wireless handheld cellular phone device configured to enable the wireless handheld cellular phone device, when located in a region, to initiate a network connection without using a network operator's home location register that covers that | The accused product discloses a computer program product (e.g., FreeConferenceCall) embodied on a non-transitory storage medium (e.g., Smartphone's memory), the computer program product (e.g., FreeConferenceCall) when executing on a wireless handheld cellular phone device (e.g., Smartphone) configured to enable the wireless handheld cellular phone device (e.g., Smartphone), when located in a region, to initiate a network connection (e.g., SIP Invite) without using a network operator's home location register that covers that region.<br><br>The accused product uses Internet or IP network for calling. Hence, it bypasses network operator's home location register as Wi-Fi or internet based calling does not require home location register (HLR). |
|---|---|

region, the computer program product configured to:



https://apps.apple.com/us/app/free-conference-call/id1076834814#?platform=iphone

The FreeConferenceCall.com app makes it simple to host HD audio conference calls with video conferencing and screen sharing.

This award-winning audio + video conferencing tool lets you host an unlimited number of meetings with up to 1,000 participants per meeting. You also get screen sharing, international dial-in numbers for 75+ countries, and meeting recording, all for free. All we ask is that if you like the tool you pay us what you think is fair. These contributions help us provide totally free, world-class audio and video conferencing solutions to charities, volunteers, and students all around the world.

Features include:

· Free application download
· Free account activation
· Free HD audio conference calls w/up to 1,000 participants
· Free HD video conferencing and screen sharing w/up to 1,000 participants
· Free International conferencing with dedicated dial-in numbers in 75 countries...and growing!
· Conference features: web controls, including mute and record, lock, view participants, Q&A and more
· One-touch conference commands to manage calls
· Dial-in by VoIP
· Unlimited account and conference access

https://apps.apple.com/us/app/free-conference-call/id1076834814#?platform=iphone

# A Conference Call App With Major Muscle

Why dial in to a conference call when you don't have to? FreeConferenceCall.com apps for iOS and Android take all the heavy lifting out of conferencing. Award-winning collaboration is just a tap away.



## FreeConferenceCall.com App for iOS

★ ★ ★ ★ ⯪ *1.5K reviews as of 3/24/2020*

Easily host and manage phone or VoIP conference calls from the convenience of your iPhone, iPad or iPad Pro®. Record a quick video conference or join in on a screen sharing session. Send meeting invitations with email or iMessage® app. Compatible with: iOS 9.0 and up (sharing phone's screen requires v11.0).





## FreeConferenceCall.com App for Android

★ ★ ★ ★ ⯪ *5.9K reviews as of 3/24/2020*

Get mobile with your online meetings using the FreeConferenceCall.com Android app. Screen share a presentation, host an international conference call or video conference. All our easy-to-use features are at your fingertips. Compatible with all devices.

 

https://www.freeconferencecall.com/apps?country_code=us&locale=global

## Hop on the Call with Phone or VoIP Conference

It's always free to dial in to a FreeConferenceCall.com meeting. But if you don't have access to a phone or just want to use your laptop or mobile device to hop on a conference, have a VoIP conference call.

  

### Dial in on the Phone

To join the conference using your phone, tap or dial the number and access code, then enter the host PIN

### Free VoIP Conference Call

If you want to join the call using VoIP, download our mobile app, log in and tap Internet.

### Take Your Meetings Online

Host online meetings to share your screen and show your video. Launch the desktop app, and click Phone then choose to connect by Telephone or Mic & Speakers to use VoIP conference calling.

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global

### What is a VoIP conference call?

Voice over internet protocol (VoIP) conference calls connect two or more parties over an internet connection instead of using traditional carrier networks.

Normally, when you make calls with a telephone, you connect with your party through a public switched telephone network (PSTN). Instead, using VoIP allows you to connect to your party over the internet, converting your audio information into a digital format that travels through the worldwide network.

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global



**What is a VoIP conference call?**

**How do you conference call on VoIP?**

To make a VoIP call to a FreeConferenceCall.com listed phone number, you'll need access to the internet and an internet softphone or the FreeConferenceCall.com desktop or mobile app.

VoIP calls work similarly to calls using a carrier network. Using your softphone, dial the number of the conference you wish to join and enter the access number followed by the pound key. You are now on a VoIP conference call with your party.

If you'd like to join a VoIP conference using FreeConferenceCall.com, you can quickly join the call by entering the meeting ID and selecting **"Join."** Next, select **"computer audio."** You are now on a VoIP conference call with your party.

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global

**What is a VoIP conference call?**

**How do you conference call on VoIP?**

**What is a softphone?**

A softphone, also referred to as an internet telephone, is a software on a computer or mobile device that allows users to make VoIP calls. Softphones can be accessed through your VoIP provider, capable of dialing standard phone numbers like a traditional phone.

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global

**What is a VoIP conference call?**

**How do you conference call on VoIP?**

**What is a softphone?**

**What do I need to make a VoIP call?**

When you want to connect with your party using VoIP, you'll need a computer, a VoIP provider and access to the internet. You'll also need a headset or device with audio output/input capabilities to speak to your party and hear them.

**How do you use audio conferencing in a team?**

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global

## Activating your Virtual Phone

1. Download the FreeConferenceCall Mobile app from the Google Play Store or Apple App Store and download the Desktop app
2. Make sure to enable permissions to contacts and notifications so you can take full advantage of the virtual phone's features
3. Launch the app and log into your account
4. Select the phone icon in the bottom navigation bar
5. When selected for the first time, you will go through the activation slides

a. Copy your phone number to your clipboard

b. Enable ringing if you want your device to ring when someone calls your number

 

https://www.freeconferencecall.com/tutorials?country_code=us&locale=global

## How SIP is used in VoIP

SIP is a text based protocol that was developed on a similar model to HTTP responses. When compared to alternatives such as H.323, it is very simple to construct and debug. But it is also extremely flexible and has powerful features that can be utilized in very complex PBX systems. It is a general-purpose protocol that can handle a variety of sessions. In VoIP specifically, SIP is used to perform a variety of functions including:

https://voipstudio.com/blog/how-sip-is-used-in-voip/

## Session set up

SIP tells the phone that is being called to start 'ringing' and manages the initial contact between all parties.

https://voipstudio.com/blog/how-sip-is-used-in-voip/

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishement (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| (a) contact a server to communicate with the server over a wireless link, and | The accused product discloses contact a server (e.g., FreeConferenceCall Server) to communicate with the server (e.g., FreeConferenceCall Server) over a wireless link (e.g., VoIP link). |
|---|---|

### Hop on the Call with Phone or VoIP Conference

It's always free to dial in to a FreeConferenceCall.com meeting. But if you don't have access to a phone or just want to use your laptop or mobile device to hop on a conference, have a VoIP conference call.

  

**Dial in on the Phone**

To join the conference using your phone, tap or dial the number and access code, then enter the host PIN

**Free VoIP Conference Call**

If you want to join the call using VoIP, download our mobile app, log in and tap **Internet**.

**Take Your Meetings Online**

Host online meetings to share your screen and show your video. Launch the desktop app, and click **Phone** then choose to connect by **Telephone** or **Mic & Speakers** to use VoIP conference calling.

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global

**What is a VoIP conference call?**

Voice over internet protocol (VoIP) conference calls connect two or more parties over an internet connection instead of using traditional carrier networks.

Normally, when you make calls with a telephone, you connect with your party through a public switched telephone network (PSTN). Instead, using VoIP allows you to connect to your party over the internet, converting your audio information into a digital format that travels through the worldwide network.

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global

# Voice Over Internet Protocol (VoIP)

**Disability Rights Office**

Disability Headlines

Disability Advisory Committee

Archived AccessInfo Announcements

## IP-Enabled Services

Voice over Internet Protocol (VoIP), is a technology that allows you to make voice calls using a broadband Internet connection instead of a regular (or analog) phone line. Some VoIP services may only allow you to call other people using the same service, but others may allow you to call anyone who has a telephone number - including local, long distance, mobile, and international numbers. Also, while some VoIP services only work over your computer or a special VoIP phone, other services allow you to use a traditional phone connected to a VoIP adapter.

https://www.fcc.gov/general/voice-over-internet-protocol-voip

## How SIP is used in VoIP

SIP is a text based protocol that was developed on a similar model to HTTP responses. When compared to alternatives such as H.323, it is very simple to construct and debug. But it is also extremely flexible and has powerful features that can be utilized in very complex PBX systems. It is a general-purpose protocol that can handle a variety of sessions. In VoIP specifically, SIP is used to perform a variety of functions including:

https://voipstudio.com/blog/how-sip-is-used-in-voip/

## Session set up

SIP tells the phone that is being called to start 'ringing' and manages the initial contact between all parties.

https://voipstudio.com/blog/how-sip-is-used-in-voip/

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishement (e,g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e,g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| (b) send, over the wireless link, data to | The accused product sends, over the wireless link (e.g., VoIP link), data to the server (e.g., FreeConferenceCall Server) that defines a call request (e.g., Invite signal from caller to server). |
| --- | --- |

the server that defines a call request;

## Hop on the Call with Phone or VoIP Conference

It's always free to dial in to a FreeConferenceCall.com meeting. But if you don't have access to a phone or just want to use your laptop or mobile device to hop on a conference, have a VoIP conference call.





### Dial in on the Phone

To join the conference using your phone, tap or dial the number and access code, then enter the host PIN

### Free VoIP Conference Call

If you want to join the call using VoIP, download our mobile app, log in and tap Internet.

### Take Your Meetings Online

Host online meetings to share your screen and show your video. Launch the desktop app, and click Phone then choose to connect by Telephone or Mic & Speakers to use VoIP conference calling.

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global

### What is a VoIP conference call?

Voice over internet protocol (VoIP) conference calls connect two or more parties over an internet connection instead of using traditional carrier networks.

Normally, when you make calls with a telephone, you connect with your party through a public switched telephone network (PSTN). Instead, using VoIP allows you to connect to your party over the internet, converting your audio information into a digital format that travels through the worldwide network.

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global

## How SIP is used in VoIP

SIP is a text based protocol that was developed on a similar model to HTTP responses. When compared to alternatives such as H.323, it is very simple to construct and debug. But it is also extremely flexible and has powerful features that can be utilized in very complex PBX systems. It is a general-purpose protocol that can handle a variety of sessions. In VoIP specifically, SIP is used to perform a variety of functions including:

https://voipstudio.com/blog/how-sip-is-used-in-voip/

## Session set up

SIP tells the phone that is being called to start 'ringing' and manages the initial contact between all parties.

https://voipstudio.com/blog/how-sip-is-used-in-voip/

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| wherein, in response to the call request, a software | In response to the call request (e.g., Invite signal from caller to server), a software application (e.g., software running at FreeConferenceCall SIP proxy Server to route/manage calls) running on the server (e.g., FreeConferenceCall Server) decides on the appropriate routing (e.g., Invite signal from server to callee) to a 3rd party end-user (e.g., Other users using FreeConferenceCall) for that call request (e.g., Invite signal from caller to server) without using the network operator's home |

| | |
|---|---|
| application running on the server decides on the appropriate routing to a 3rd party end-user for that call request without using the network operator's home or visitor location register, and wherein the computer program product is downloadable to the wireless handheld cellular phone device. | or visitor location register, and wherein the computer program product (e.g., FreeConferenceCall application) is downloadable to the wireless handheld cellular phone device (e.g., Smartphone). |

## Hop on the Call with Phone or VoIP Conference

It's always free to dial in to a FreeConferenceCall.com meeting. But if you don't have access to a phone or just want to use your laptop or mobile device to hop on a conference, have a VoIP conference call.







**Dial in on the Phone**

To Join the conference using your phone, tap or dial the number and access code, then enter the host PIN

**Free VoIP Conference Call**

If you want to join the call using VoIP, download our mobile app, log in and tap Internet.

**Take Your Meetings Online**

Host online meetings to share your screen and show your video. Launch the desktop app, and click Phone then choose to connect by Telephone or Mic & Speakers to use VoIP conference calling.

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global

**What is a VoIP conference call?**

Voice over internet protocol (VoIP) conference calls connect two or more parties over an internet connection instead of using traditional carrier networks.

Normally, when you make calls with a telephone, you connect with your party through a public switched telephone network (PSTN). Instead, using VoIP allows you to connect to your party over the internet, converting your audio information into a digital format that travels through the worldwide network.

https://www.freeconferencecall.com/voip-conference-calls?country_code=us&locale=global

## How SIP is used in VoIP

SIP is a text based protocol that was developed on a similar model to HTTP responses. When compared to alternatives such as H.323, it is very simple to construct and debug. But it is also extremely flexible and has powerful features that can be utilized in very complex PBX systems. It is a general-purpose protocol that can handle a variety of sessions. In VoIP specifically, SIP is used to perform a variety of functions including:

https://voipstudio.com/blog/how-sip-is-used-in-voip/

# Session set up

SIP tells the phone that is being called to start 'ringing' and manages the initial contact between all parties.

https://voipstudio.com/blog/how-sip-is-used-in-voip/

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishement (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html