**UNITED STATES DISCTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **CORETEK LICENSING LLC,**<br><br>  Plaintiff,<br> v.<br><br>**BUMBLE TRADING INC.,**<br><br>  Defendant. | **C.A. No. 1:20-cv-01594** |
| **CORETEK LICENSING LLC,**<br><br>  Plaintiff,<br> v.<br><br>**FREECONFERENCECALL.COM, INC.,**<br><br>  Defendant. | **C.A. No. 1:20-cv-01597** |
| **CORETEK LICENSING LLC,**<br><br>  Plaintiff,<br> v.<br><br>**FUSION CONNECT, INC.,**<br><br>  Defendant. | **C.A. No. 1:20-cv-01604** |
| **CORETEK LICENSING LLC,**<br><br>  Plaintiff,<br> v.<br><br>**LIFESIZE, INC.,**<br><br>  Defendant. | **C.A. No. 1:20-cv-01606** |

| | |
|---|---|
| **CORETEK LICENSING LLC,**<br><br>            Plaintiff,<br>   v.<br><br>**PLANTRONICS, INC.,**<br><br>            Defendant. | C.A. No. 1:20-cv-01607 |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Andrew S. Curfman of the law firm of Sand, Sebolt & Wernow Co., LPA in Canton, Ohio 44718 to represent Coretek Licensing LLC in these matters.

Dated: November 30, 2020                Respectfully submitted,

                                CHONG LAW FIRM PA

                                */s/ Jimmy Chong*_____
                                Jimmy Chong (#4839)
                                2961 Centerville Road, Suite 350
                                Wilmington, DE 19808
                                Telephone: (302) 999-9480
                                Facsimile: (877) 796-4627
                                Email: chong@chonglawfirm.com

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* of Andrew S. Curfman of the law firm Sand, Sebolt & Wernow Co., LPA is granted.

Dated: _____                                  _____
                                                                                     United States District Judge

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Ohio and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with the Court's Local Rules. In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk's Office.

Dated: November 30, 2020                         */s/ Andrew S. Curfman*
                                                 Howard L. Wernow (OH Bar No. 0090997)
                                                 SAND, SEBOLT & WERNOW CO., LPA
                                                 Aegis Tower – Suite 1100
                                                 4940 Munson Street NW
                                                 Canton, OH 44718
                                                 Telephone: (330) 244-1174
                                                 Facsimile: (330) 244-1173
                                                 andrew.curfman@sswip.com