**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **CORETEK LICENSING LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**FREECONFERENCECALL.COM, INC.,**<br><br>Defendant. | Civil Action No.: 1:20-cv-01597-MN-CJB<br><br>**TRIAL BY JURY DEMANDED** |

**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME
FOR PARTIES TO SUBMIT CASE MANAGEMENT**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto through their undersigned counsel, and subject to the approval of the Court, that the time for Plaintiff and Defendants to jointly file (i) a copy of Judge Burke's Case Management Checklist; (ii) a proposed Scheduling Order; and (iii) a letter, as ordered on December 23, 2020, is extended until February 19, 2021. The requested extension should not disrupt the schedule in this case or prejudice any party. Counsel for Defendant has been consulted and does not oppose the extension.

| | |
|---|---|
| Dated: January 22, 2021 | Respectfully submitted, |
| Of counsel: | CHONG LAW FIRM PA |
| Andrew S. Curfman (*pro hac vice*)<br>SAND, SEBOLT & WERNOW CO., LPA<br>Aegis Tower – Suite 1100<br>4940 Munson Street NW<br>Canton, Ohio 44718<br>Telephone: (330) 244-1174<br>Facsimile: (330) 244-1173<br>Email: andrew.curfman@sswip.com | */s/ Jimmy Chong*<br>Jimmy Chong (#4839)<br>2961 Centerville Road, Suite 350<br>Wilmington, DE 19808<br>Telephone: (302) 999-9480<br>Facsimile: (877) 796-4627<br>Email: chong@chonglawfirm.com<br><br>ATTORNEY FOR PLAINTIFF |

| | |
|---|---|
| Of Counsel: | FISH & RICHARDSON P.C. |
| Neil J. McNabnay<br>Ricardo J. Bonilla<br>Adil A. Shaikh<br>1717 Main Street, Suite 5000<br>Dallas, Texas 19001<br>(214) 747-5070 (Telephone)<br>(214) 747-2091 (Facsimile)<br>mcnabnay@fr.com<br>rbonilla@fr.com<br>shaikh@fr.com | */s/ Jeremy D. Anderson*<br>Jeremy D. Anderson (#4515)<br>222 Delaware Avenue, 17th Floor<br>Wilmington, Delaware 19801<br>(302) 652-5070 (Telephone)<br>(302) 652-0607 (Facsimile)<br>janderson@fr.com<br><br>ATTORNEYS FOR DEFENDANT |

SO ORDERED this _____ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy has been electronically filed using the CM/ECF filing system, which automatically sends email notifications to all counsel of record and which will permit viewing and downloading of same from the CM/ECF system on January 22, 2021.

                                                    */s/ Jimmy Chong*
                                                    Jimmy Chong (#4839)