**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **CORETEK LICENSING LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**FREECONFERENCECALL.COM, INC.,**<br><br>Defendant. | C.A. No.: 20-1597-MN-CJB<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION
OF TIME FOR DEFENDANT TO REPLY TO PLAINTIFF'S
OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto through their undersigned counsel, and subject to the approval of the Court, that Defendant's time to reply to Plaintiff's Opposition to Defendant's Motion to Dismiss is extended until February 16, 2021. The requested extension should not disrupt the schedule in this case or prejudice any party. Counsel for Plaintiff has been consulted and does not oppose the extension.

Dated: January 28, 2021

Of Counsel:

Andrew S. Curfman (*pro hac vice*)
SAND, SEBOLT & WERNOW CO., LPA
Aegis Tower – Suite 1100
4940 Munson Street NW
Canton, Ohio 44718
Telephone: (330) 244-1174
Facsimile: (330) 244-1173
Email: andrew.curfman@sswip.com

Respectfully submitted,

CHONG LAW FIRM PA

*/s/ Jimmy Chong*
Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (877) 796-4627
Email: chong@chonglawfirm.com

ATTORNEYS FOR PLAINTIFF

| | |
|---|---|
| Of Counsel: | FISH & RICHARDSON P.C. |
| Neil J. McNabnay (*pro hac vice*) | /s/ *Jeremy D. Anderson* |
| Ricardo J. Bonilla (*pro hac vice*) | Jeremy D. Anderson (#4515) |
| Adil A. Shaikh (*pro hac vice*) | 222 Delaware Avenue, 17th Floor |
| 1717 Main Street, Suite 5000 | Wilmington, Delaware 19801 |
| Dallas, Texas 19001 | (302) 652-5070 (Telephone) |
| (214) 747-5070 (Telephone) | (302) 652-0607 (Facsimile) |
| (214) 747-2091 (Facsimile) | janderson@fr.com |
| mcnabnay@fr.com | |
| rbonilla@fr.com | ATTORNEYS FOR DEFENDANT |
| shaikh@fr.com | |

SO ORDERED this _____ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE