IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CORETEK LICENSING LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **FREECONFERENCECALL.COM, INC.,** <br><br> Defendant. | Civil Action No.: 1:20-cv-01597-MN-CJB <br><br> **TRIAL BY JURY DEMANDED** |

## JOINT MOTION TO STAY FILING OF THE CASE MANAGEMENT CHECKLIST AND PROPOSED SCHEDULING ORDER

Plaintiff Coretek Licensing LLC ("Plaintiff") and Defendant Free Conferencing Corporation ("Defendant") (collectively the "Parties"), by and through their undersigned counsel, and subject to the approval of the Court, hereby file this Joint Motion to Stay Filing of the Case Management Checklist and Proposed Scheduling Order, and in support thereof respectfully show the Court as follows:

Defendant's Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim (D.I. 9) is currently pending before this Court. Plaintiff's Opposition to Defendant's Motion to Dismiss has been filed (D.I. 18) and Defendant has filed its Reply Brief in Support (D.I. 20).

The Parties have conferred and believe that submission of the Case Management Checklist and Proposed Scheduling Order would be more efficiently served following the Court's ruling on the pending Motion to Dismiss. As such, the Parties hereby request a stay of the filing of the Case Management Checklist and Proposed Scheduling Order for a period of fourteen (14) days following the Court's ruling on the Defendant's Motion to Dismiss.

Good cause exists for granting this Joint Motion, as set forth above. The Motion is not filed for purpose of delay, but so that justice may be served.

| | |
|---|---|
| Dated: February 19, 2021 | Respectfully submitted, |
| Of counsel: | CHONG LAW FIRM PA |
| Andrew S. Curfman (*pro hac vice*)<br>SAND, SEBOLT & WERNOW CO., LPA<br>Aegis Tower – Suite 1100<br>4940 Munson Street NW<br>Canton, Ohio 44718<br>Telephone: (330) 244-1174<br>Facsimile: (330) 244-1173<br>Email: andrew.curfman@sswip.com | */s/ Jimmy Chong*<br>Jimmy Chong (#4839)<br>2961 Centerville Road, Suite 350<br>Wilmington, DE 19808<br>Telephone: (302) 999-9480<br>Facsimile: (877) 796-4627<br>Email: chong@chonglawfirm.com<br><br>ATTORNEY FOR PLAINTIFF |
| Of Counsel: | FISH & RICHARDSON P.C. |
| Neil J. McNabnay<br>Ricardo J. Bonilla<br>1717 Main Street, Suite 5000<br>Dallas, Texas 19001<br>(214) 747-5070 (Telephone)<br>(214) 747-2091 (Facsimile)<br>mcnabnay@fr.com<br>rbonilla@fr.com | */s/ Jeremy D. Anderson*<br>Jeremy D. Anderson (#4515)<br>222 Delaware Avenue, 17th Floor<br>Wilmington, Delaware 19801<br>(302) 652-5070 (Telephone)<br>(302) 652-0607 (Facsimile)<br>janderson@fr.com<br><br>ATTORNEYS FOR DEFENDANT |

SO ORDERED this _____ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy has been electronically filed using the CM/ECF filing system, which automatically sends email notifications to all counsel of record and which will permit viewing and downloading of same from the CM/ECF system on February 19, 2021.

*/s/ Jimmy Chong*
Jimmy Chong (#4839)