# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORETEK LICENSING LLC, | |
| *Plaintiff*, | C.A. No: 20-1597-MN-CJB |
| v. | PATENT CASE |
| FREECONFERENCECALL.COM, INC., | **JURY TRIAL DEMANDED** |
| *Defendant*. | |

### DEFENDANT FREE CONFERENCING CORPORATION'S RULE 12(b)(6) RENEWED MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Defendant Free Conferencing Corporation ("Free Conferencing") respectfully moves to dismiss Coretek Licensing LLC's First Amended Complaint for Patent Infringement (Dkt. No. 27) pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim (the "Motion").[1] The Motion should be granted for all the reasons stated in the contemporaneously filed opening brief in support of the Motion.

WHEREFORE, Free Conferencing respectfully requests that the Court dismiss this case for failure to state a claim upon which relief can be granted because the asserted patent does not meet the eligibility requirements of 35 U.S.C. § 101.

---

[1] Coretek Licensing LLC sued and served the incorrect entity. There is no entity called "FreeConferenceCall.com, Inc." If Coretek intended to serve Free Conferencing Corporation, it did so improperly. Further, Free Conferencing Corporation is the incorrect entity in this suit because the Accused Product is owned by CarrierX, LLC. Despite Coretek's improper service and incorrect party naming, Free Conferencing Corporation is responding to Coretek's lawsuit.

| | |
|---|---|
| Dated:  June 16, 2021 | Respectfully submitted,<br><br>FISH & RICHARDSON P.C.<br><br>By: */s/ Jeremy D. Anderson*<br>    Jeremy D. Anderson (#4515)<br>    222 Delaware Avenue, 17th Floor<br>    Wilmington, DE 19801<br>    (302) 652-5070 (Telephone)<br>    (302) 652-0607 (Facsimile)<br>    janderson@fr.com<br><br>    Neil J. McNabnay<br>    Ricardo Bonilla<br>    Adil A. Shaikh<br>    1717 Main Street, Suite 5000<br>    Dallas, Texas  75201<br>    (214) 747-5070 (Telephone)<br>    (214) 747-2091 (Facsimile)<br>    mcnabnay@fr.com<br>    rbonilla@fr.com<br>    shaikh@fr.com<br><br>***COUNSEL FOR DEFENDANT***<br>***FREE CONFERENCING CORPORATION*** |