**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **CORETEK LICENSING LLC,**<br><br>  Plaintiff,<br><br>v.<br><br>**FREECONFERENCECALL.COM, INC.,**<br><br>  Defendant. | Civil Action No.: 1:20-cv-01597-MN-CJB<br><br>**TRIAL BY JURY DEMANDED** |

**PLAINTIFF CORETEK LICENSING LLC'S ANSWER TO DEFENDANT FREE
CONFERENCING CORPORATION'S COUNTERCLAIMS**

Now comes Plaintiff and Counterclaim Defendant, Coretek Licensing LLC ("Plaintiff" or "Counterclaim Defendant"), by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure 12, without admission of the legal sufficiency thereof and responding only to the factual allegations therein, and states as follows for its Answer and Defenses to Defendant and Counterclaim Plaintiff Free Conferencing Corporation's ("Defendant" or "Counterclaim Plaintiff") Counterclaims (D.E. 31) (hereafter the "Counterclaims") as follows:

**PARTIES**

1.  Counterclaim Defendant admits the allegations contained in Paragraph 1 of Counterclaim Plaintiff's Counterclaims.

2.  Counterclaim Defendant admits the allegations contained in Paragraph 2 of Counterclaim Plaintiff's Counterclaims.

**JURISDICTION**

3.  Counterclaim Defendant incorporates by reference each of its answers in paragraphs 1-2 above.

4.  Counterclaim Defendant admits the allegations contained in Paragraph 4 of Counterclaim Plaintiff's Counterclaims.

1

5. Counterclaim Defendant admits the allegations contained in Paragraph 5 of Counterclaim Plaintiff's Counterclaims.

6. Counterclaim Defendant admits that venue is proper, but denies that it is not necessarily convenient, as alleged in Paragraph 6 of Counterclaim Plaintiff's Counterclaims.

## FIRST COUNTERCLAIM

7. Counterclaim Defendant incorporates by reference each of its answers in paragraphs 1-6 above and denies any allegations that may have been levied in any preceding Counterclaim heading.

8. Counterclaim Defendant admits the allegations contained in Paragraph 8 of Counterclaim Plaintiff's Counterclaims.

9. The allegations in Paragraph 9 are bare legal conclusions, to which no answer is required. To the extent an answer is required, Counterclaim Defendant denies the allegations contained in Paragraph 9 of Counterclaim Plaintiff's Counterclaims.

10. The allegations contained in Paragraph 10 are bare legal conclusions, to which no answer is required. To the extent an answer is required, Counterclaim Defendant denies the allegations contained in Paragraph 10 of Counterclaim Plaintiff's Counterclaims and further denies that Counterclaim Plaintiff is entitled to any relief.

## SECOND COUNTERCLAIM

11. Counterclaim Defendant incorporates by reference each of its answers in paragraphs 1-10 above and denies any allegations that may have been levied in any preceding Counterclaim heading.

12. Counterclaim Defendant admits the allegations contained in Paragraph 12 of Counterclaim Plaintiff's Counterclaims.

13. The allegations in Paragraph 13 are bare legal conclusions, to which no answer is required. To the extent an answer is required, Counterclaim Defendant denies the allegations contained in Paragraph 13 of Counterclaim Plaintiff's Counterclaims.

14. The allegations contained in Paragraph 14 are bare legal conclusions, to which no answer is required. To the extent an answer is required, Counterclaim Defendant denies the allegations contained in Paragraph 14 of Counterclaim Plaintiff's Counterclaims and further denies that Counterclaim Plaintiff is entitled to any relief.

### **THIRD COUNTERCLAIM**

15. Counterclaim Defendant incorporates by reference each of its answers in paragraphs 1-6 above and denies any allegations that may have been levied in any preceding Counterclaim heading.

16. Counterclaim Defendant admits the allegations contained in Paragraph 16 of Counterclaim Plaintiff's Counterclaims.

17. The allegations in Paragraph 17 are bare legal conclusions, to which no answer is required. To the extent an answer is required, Counterclaim Defendant denies the allegations contained in Paragraph 17 of Counterclaim Plaintiff's Counterclaims.

18. The allegations contained in Paragraph 18 are bare legal conclusions, to which no answer is required. To the extent an answer is required, Counterclaim Defendant denies the allegations contained in Paragraph 18 of Counterclaim Plaintiff's Counterclaims and further denies that Counterclaim Plaintiff is entitled to any relief.

## FOURTH COUNTERCLAIM

19. Counterclaim Defendant incorporates by reference each of its answers in paragraphs 1-6 above and denies any allegations that may have been levied in any preceding Counterclaim heading.

20. Counterclaim Defendant admits the allegations contained in Paragraph 20 of Counterclaim Plaintiff's Counterclaims.

21. The allegations in Paragraph 21 are bare legal conclusions, to which no answer is required. To the extent an answer is required, Counterclaim Defendant denies the allegations contained in Paragraph 21 of Counterclaim Plaintiff's Counterclaims.

22. The allegations contained in Paragraph 22 are bare legal conclusions, to which no answer is required. To the extent an answer is required, Counterclaim Defendant denies the allegations contained in Paragraph 22 of Counterclaim Plaintiff's Counterclaims and further denies that Counterclaim Plaintiff is entitled to any relief.

## SIXTH COUNTERCLAIM
### (Counterclaim Plaintiff's Counterclaims do not contain a Fifth Counterclaim)

23. Counterclaim Defendant incorporates by reference each of its answers in paragraphs 1-10 above and denies any allegations that may have been levied in any preceding Counterclaim heading.

24. Counterclaim Defendant admits the allegations contained in Paragraph 24 of Counterclaim Plaintiff's Counterclaims.

25. The allegations in Paragraph 25 are bare legal conclusions, to which no answer is required. To the extent an answer is required, Counterclaim Defendant denies the allegations contained in Paragraph 25 of Counterclaim Plaintiff's Counterclaims.

26. The allegations contained in Paragraph 26 are bare legal conclusions, to which no answer is required. To the extent an answer is required, Counterclaim Defendant denies the allegations contained in Paragraph 26 of Counterclaim Plaintiff's Counterclaims and further denies that Counterclaim Plaintiff is entitled to any relief.

## SEVENTH COUNTERCLAIM

27. Counterclaim Defendant incorporates by reference each of its answers in paragraphs 1-10 above and denies any allegations that may have been levied in any preceding Counterclaim heading.

28. Counterclaim Defendant admits the allegations contained in Paragraph 28 of Counterclaim Plaintiff's Counterclaims.

29. The allegations in Paragraph 29 are bare legal conclusions, to which no answer is required. To the extent an answer is required, Counterclaim Defendant denies the allegations contained in Paragraph 29 of Counterclaim Plaintiff's Counterclaims.

30. The allegations contained in Paragraph 30 are bare legal conclusions, to which no answer is required. To the extent an answer is required, Counterclaim Defendant denies the allegations contained in Paragraph 30 of Counterclaim Plaintiff's Counterclaims and further denies that Counterclaim Plaintiff is entitled to any relief.

## EIGHTH COUNTERCLAIM

31. Counterclaim Defendant incorporates by reference each of its answers in paragraphs 1-10 above and denies any allegations that may have been levied in any preceding Counterclaim heading.

32. Counterclaim Defendant admits the allegations contained in Paragraph 32 of Counterclaim Plaintiff's Counterclaims.

33. The allegations in Paragraph 33 are bare legal conclusions, to which no answer is required. To the extent an answer is required, Counterclaim Defendant denies the allegations contained in Paragraph 33 of Counterclaim Plaintiff's Counterclaims.

34. The allegations contained in Paragraph 34 are bare legal conclusions, to which no answer is required. To the extent an answer is required, Counterclaim Defendant denies the allegations contained in Paragraph 34 of Counterclaim Plaintiff's Counterclaims and further denies that Counterclaim Plaintiff is entitled to any relief.

## **NINTH COUNTERCLAIM**

35. Counterclaim Defendant incorporates by reference each of its answers in paragraphs 1-10 above and denies any allegations that may have been levied in any preceding Counterclaim heading.

36. Counterclaim Defendant admits the allegations contained in Paragraph 36 of Counterclaim Plaintiff's Counterclaims.

37. The allegations in Paragraph 37 are bare legal conclusions, to which no answer is required. To the extent an answer is required, Counterclaim Defendant denies the allegations contained in Paragraph 37 of Counterclaim Plaintiff's Counterclaims.

38. The allegations contained in Paragraph 38 are bare legal conclusions, to which no answer is required. To the extent an answer is required, Counterclaim Defendant denies the allegations contained in Paragraph 38 of Counterclaim Plaintiff's Counterclaims and further denies that Counterclaim Plaintiff is entitled to any relief.

## DEFENDANT/COUNTERCLAIM PLAINTIFF'S REQUEST FOR RELIEF

Counterclaim Defendant denies that Counterclaim Plaintiff is entitled to any relief from Counterclaim Defendant and denies all the allegations set forth in Paragraphs a-g in the Prayer for Relief provided in Counterclaim Plaintiff's Counterclaims.

## AFFIRMATIVE DEFENSES

Counterclaim Defendant's Affirmative Defenses to Counterclaim Plaintiff's Counterclaims are listed below. Counterclaim Defendant reserves the right to supplement its Affirmative Defenses.

## FIRST AFFIRMATIVE DEFENSE

Counterclaim Plaintiff directly infringes, indirectly infringes, contributes to infringement or induces infringement of at least one of the valid and enforceable claims of the Patent-in-Suit, either literally or under the doctrine of equivalents. Because this action is in its early stages and discovery has not yet commenced, Counterclaim Defendant reserves the right to modify, supplement, amend and expand its affirmative defenses as more information becomes available.

## SECOND AFFIRMATIVE DEFENSE

The asserted claims of the Patents-in-Suit are valid. Because this action is in its early stages and discovery has not yet commenced, Counterclaim Defendant reserves the right to modify, supplement, amend and expand its affirmative defenses as more information becomes available.

## RELIEF REQUESTED IN RESPONSE TO COUNTERCLAIMS

WHEREFORE, having fully responded to the allegations contained in Defendant and Counterclaim Plaintiff's Counterclaims, Plaintiff and Counterclaim Defendant prays for the following:

(a) That the Counterclaims be dismissed with costs;

  (b)  That Plaintiff be granted the relief requested in its Complaint; and

  (c)  For such other and further relief as the Court may determine to be just and proper.

Dated: July 6, 2021         Respectfully submitted,

Of counsel:           CHONG LAW FIRM PA

Andrew S. Curfman (*Pro hac vice*)   */s/ Jimmy Chong*_____
Sand, Sebolt & Wernow Co., LPA    Jimmy Chong (#4839)
Aegis Tower – Suite 1100       2961 Centerville Road, Suite 350
4940 Munson Street NW       Wilmington, DE 19808
Canton, Ohio 44718        Telephone: (302) 999-9480
Telephone: (330) 244-1174      Facsimile: (877) 796-4627
Facsimile: (330) 244-1173       Email: chong@chonglawfirm.com
andrew.curfman@sswip.com

                ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy has been electronically filed using the CM/ECF filing system, which automatically sends email notifications to all counsel of record and which will permit viewing and downloading of same from the CM/ECF system on July 6, 2021.

>／s/ Jimmy Chong
Jimmy Chong (#4839)