# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CORETEK LICENSING LLC,** | |
| Plaintiff, | Civil Action No.: 1:20-cv-01597-MN-CJB |
| v. | **TRIAL BY JURY DEMANDED** |
| **FREECONFERENCECALL.COM, INC.,** | |
| Defendant. | |

## MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Coretek Licensing LLC, by and through undersigned counsel and subject to the approval of this Court, hereby files this Motion to Stay All Deadlines and Notice of Settlement, and in support thereof, respectfully shows the Court as follows:

All matters in controversy between Plaintiff and Defendant Free Conferencing Corporation have been settled in principle. The parties are in the process of memorializing the terms of a written settlement agreement. The parties anticipate that they will be able to perform such terms within sixty (60) days. Accordingly, Plaintiff respectfully requests that the Court grant a stay of the proceedings between the parties, including all deadlines, until November 22, 2021.

Good cause exists for granting this Motion, as set forth above. The motion is not filed for purposes of delay but so that justice may be served.

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel for Plaintiff conferred with Defendant about the issues presented here. Defendant indicated that it was not opposed to the relief sought herein.

Dated: September 22, 2021                   Respectfully submitted,

Of counsel:                                 CHONG LAW FIRM PA

Andrew S. Curfman (*Pro hac vice*)          */s/ Jimmy Chong*
Sand, Sebolt & Wernow Co., LPA              Jimmy Chong (#4839)
Aegis Tower – Suite 1100                    2961 Centerville Road, Suite 350
4940 Munson Street NW                       Wilmington, DE 19808
Canton, Ohio 44718                          Telephone: (302) 999-9480
Telephone: (330) 244-1174                   Facsimile: (302) 800-1999
Facsimile: (330) 244-1173                   Email: chong@chonglawfirm.com
andrew.curfman@sswip.com

                                            ATTORNEYS FOR PLAINTIFF


SO ORDERED this _____ day of _____, 2021


                                            _____
                                            UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy has been electronically filed using the CM/ECF filing system, which automatically sends email notifications to all counsel of record and which will permit viewing and downloading of same from the CM/ECF system on September 22, 2021.

>*/s/ Jimmy Chong*
>Jimmy Chong (#4839)