**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **CORETEK LICENSING LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**FREECONFERENCECALL.COM, INC.,**<br><br>Defendant. | Civil Action No.: 1:20-cv-01597-MN-CJB<br><br>**TRIAL BY JURY DEMANDED** |

**JOINT STIPULATION AND ORDER OF DISMISSAL**

Now come Plaintiff Coretek Licensing LLC and Defendant Free Conferencing Corporation, by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 41, and hereby jointly stipulate and agree to dismiss all claims against Defendant Free Conferencing Corporation WITH PREJUDICE and all counterclaims against Plaintiff Coretek Licensing LLC WITHOUT PREJUDICE, with each party to bear its own attorneys' fees and costs. The parties believe that the Renewed Motion to Dismiss currently pending [D.E. 29] in this matter is now moot.

| | |
|---|---|
| Dated: October 14, 2021 | Respectfully submitted, |
| Of counsel: | CHONG LAW FIRM PA |
| Andrew S. Curfman (*pro hac vice)*<br>SAND, SEBOLT & WERNOW CO., LPA<br>Aegis Tower – Suite 1100<br>4940 Munson Street NW<br>Canton, Ohio 44718<br>Telephone: (330) 244-1174<br>Facsimile: (330) 244-1173<br>Email: andrew.curfman@sswip.com | */s/ Jimmy Chong*____<br>Jimmy Chong (#4839)<br>2961 Centerville Road, Suite 350<br>Wilmington, DE 19808<br>Telephone: (302) 999-9480<br>Facsimile: (302) 800-1999<br>Email: chong@chonglawfirm.com<br><br>ATTORNEY FOR PLAINTIFF |

        FISH & RICHARDSON P.C.

        */s/ Jeremy D. Anderson*
        Jeremy D. Anderson (#4515)
        222 Delaware Avenue, 17th Floor
        Wilmington, Delaware 19801
        (302) 652-5070 (Telephone)
        (302) 652-0607 (Facsimile)
        janderson@fr.com

        Neil J. McNabnay
        Ricardo J. Bonilla
        Adil A. Shaikh
        FISH & RICHARDSON P.C.
        1717 Main Street, Suite 5000
        Dallas, Texas 19001
        (214) 747-5070 (Telephone)
        (214) 747-2091 (Facsimile)
        mcnabnay@fr.com
        rbonilla@fr.com

        ATTORNEYS FOR DEFENDANT

SO ORDERED this _____ day of _____, 2021.

        _____
        UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy has been electronically filed using the CM/ECF filing system, which automatically sends email notifications to all counsel of record and which will permit viewing and downloading of same from the CM/ECF system on October 14, 2021.

*/s/ Jimmy Chong*
Jimmy Chong (#4839)
